ELECTRONICALLY FILED
3/7/2007 1:32 PM
CV-2007-000188.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| BIANCA BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | *2:07 CV 205 - A* |
| | ) | |
| vs. | ) | Civil Action No.: CV-2007-188 |
| | ) | |
| PATRICK REID, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:    Melissa Rittenour - Circuit Clerk
       Montgomery County Courthouse
       Post Office Box 1667
       Montgomery, Alabama 36102-1667

Notice is hereby given that pursuant to 28 U.S.C. §§ 1441 et seq., the defendants in the above-styled cause have on this 7th day of March, 2007, filed in the United States District Court for the Middle District of Alabama, Northern Division, a Notice of Removal to remove Montgomery County Circuit Court Civil Action Number CV-2007-188 to the United States District Court for the Middle District of Alabama, Northern Division. A copy of said Notice of Removal is attached as Exhibit "A."

Defendant respectfully requests that all further proceedings in the Circuit Court of Montgomery County, Alabama be stayed unless and until the case is remanded.

s/Patrick R. Norris
Patrick R. Norris (asb-3835-s81p)
Attorney for Defendants

OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama  35209-6812
(205) 871-1811

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 7th day of March, 2007, mailed a copy of the foregoing pleading by placing same in the U.S. Mail, properly addressed and postage prepaid, to:

Guy R. Willis
Guy R. Willis & Associates
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054

s/Patrick R. Norris
Of Counsel

2


ELECTRONICALLY FILED
3/7/2007 1:32 PM
CV-2007-000188.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    Civil Action No.: CV-2007-188 |
| | ) (Montgomery County Circuit Court Number) |
| PATRICK REID, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

COME NOW the defendants, Patrick Reid and Western Express, Inc., in the above-styled cause, and pursuant to 28 U.S.C. §§ 1332 and 1446, as amended, notice the removal of this action to the United States District Court for the Middle District of Alabama, Northern Division, and as grounds therefore states as follows:

1.     The plaintiff commenced this civil action against these defendants in the Circuit Court of Montgomery County, Alabama, bearing Civil Action Number CV-2007-188.

2.     The Summons and Complaint in said action, a copy of which is attached hereto as Exhibit "A," was served on the defendant, Western Express, Inc., on or about February 5, 2007.

3.     This cause is a civil action within the meaning of the Acts of Congress relating to the removal of causes.

4.     The defendants have heretofore sought no similar relief.

5.     This notice of removal is filed within thirty (30) days of the service of a copy of the Summons and Complaint on the defendant.

6.     This case is removable pursuant to 28 U.S.C. § 1441 (a) and 28 U.S.C. § 1332.

7.    Upon information and belief, the plaintiff has at all material times been a resident and citizen of the State of Alabama.

8.    The defendant, Western Express, Inc., is a foreign corporation with its principal offices located in Tennessee.

9.    The defendant, Patrick Reid, is a resident and a citizen of the State of Georgia. The defendant resides in Fayetteville, Georgia and was so residing at the time this action was commenced.

10.    The plaintiff's Complaint requests compensatory and punitive damages in an amount in excess of $75,000.00.

11.    This case involves a matter in controversy in excess of the sum or value of $75,000.00 and is between citizens of different states.

WHEREFORE, the defendants respectfully request this Court to take jurisdiction of this action and issue all necessary orders and proceed to remove said action from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division.

s/Patrick R. Norris
Patrick R. Norris (asb-3835-s81p)
Attorney for Defendants

OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama 35209-6812
(205) 871-1811

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 7th day of March, 2007, mailed a copy of the foregoing pleading by placing same in the U.S. Mail, properly addressed and postage prepaid, to:

Guy R. Willis
Guy R. Willis & Associates
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054

s/Patrick R. Norris
Of Counsel