IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv205-WHA |
| ) | |
| PATRICK REID, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case was removed to this court on March 7, 2007, from the Circuit Court of Montgomery County, Alabama. The file in this case shows no answer having been filed on behalf of either of the Defendants. Therefore, it appears that the Defendants are subject to a motion for entry of default. It is hereby

ORDERED that **on or before May 11, 2007**, an appropriate filing be made either by the Plaintiff or by the Defendants.

DONE this 9th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE