IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No.: 2:07-CV-205-A |
| | ) |
| PATRICK REID, et al. | ) |
| | ) |
|     Defendants. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R.Civ. P. 26(f), a meeting of the parties was held on May 22, 2007, by conference call:

Guy R. Willis for the plaintiff; and Patrick R. Norris for the defendant.

2. Pre-discovery disclosures: The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1).

3. Discovery plan: The parties jointly propose to the Court the following discovery plan:

Discovery needed: Discovery will be necessary both on the issues of liability for the accident made basis of plaintiff's complaint, causation of the plaintiff's alleged injuries, the facts and circumstances surrounding the accident and events leading up to it, and, particularly, the cause of the events allegedly giving rise to the accident and plaintiff's claims as alleged in her complaint.

All discovery shall be commenced so as to be completed by no later than December 21, 2007,with the exception of depositions of experts, including medical experts, being completed within 30 days from the date such expert's report is produced, as set forth below.

The maximum number of interrogatories allowed to each shall be 25 and responses or objections shall be due within 30 days after service.

Maximum number of requests for admission shall be 10 with responses due within 30 days after service has been perfected.

   There will be a maximum number of 10 depositions by the plaintiff and 10 by the defendant.

   Reports of retained experts under Rule 26(a)(2) are due:

     From the plaintiff by no later than January 11, 2008; and

     From the defendant by no later than January 25, 2008.

   All supplementations under Rule 26(e) are due within 30 days of the first trial setting.

4.  Other items:

   The parties do not request a conference with the court before entry of the scheduling order.

   The parties request a pretrial conference be held on or after February 10, 2008.

   All potentially dispositive motions shall be filed no later than ninety (90) days prior to the pretrial conference.

   Settlement cannot be evaluated until conclusion of all depositions, expert or otherwise, and should be properly evaluated by no later than fourteen (14) days prior to the pretrial conference.

   Final lists of witnesses and exhibits shall be due from both plaintiff and defendant within 30 days of the first trial setting.

   Parties shall have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

   This cause should be ready for trial by March 24, 2008 and will take approximately three (3) days to try exclusive of striking of a jury.

              s/Patrick R. Norris
              Patrick R. Norris (ASB-3835-S81P)
              Attorney for Defendant

OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama 35209-6812
(205) 871-1811

        s/Guy R. Willis
        Guy R. Willis (ASB-9533-S72G)
        Attorney for Plaintiff

OF COUNSEL:

GUY R. WILLIS & ASSOCIATES
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
(334) 285-4488