## IN THE DISTRICT COURT OF UNITED STATES FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **BIANCA BOYD,** § | |
| § | |
| Plaintiff, § | **CIVIL ACTION NO.:** |
| § | **CV-2007-205-A** |
| v. § | |
| § | |
| **WESTERN EXPRESS, INC., et al.,** § | |
| § | |
| Defendants. § | |

### REQUEST FOR ADMISSION OF FACTS TO DEFENDANT REID

The Plaintiff, **BIANCA BOYD,** by and through their attorney of record, Guy R. Willis, requests Defendant, **PATRICK REID,** within thirty (30) days after service of this request, to admit the truth of the following facts:

1.  Defendant, **PATRICK REID,** was employed by **WESTERN EXPRESS, INC.,** on, December 29, 2006, and driving a **WESTERN EXPRESS, INC.,** owned vehicle at the time of the accident.

2.  Defendant, **PATRICK REID,** while driving **WESTERN EXPRESS, INC.'S,** vehicle which struck the Plaintiff, **BIANCA BOYD,** failed to keep a proper look out for the Plaintiff, failed to properly control his vehicle, lost control of his vehicle and failed to yield right-of-way to the Plaintiff, **BIANCA BOYD,** was following to closely behind Bianca Boyd just prior to the accident and/or at the time of the accident.

3.  Defendant, **PATRICK REID,** failed to keep proper watch out for Plaintiff, **BIANCA BOYD,** and ran into the rear of the vehicle in which Plaintiff, **BIANCA BOYD** was driving.

4. Defendant **PATRICK REID** was driving at an unsafe speed at the time of the accident and just prior to the accident, which is made the basis of the above styled cause.

5. The fact Defendant **PATRICK REID** was driving at an unsafe speed at the time of the accident was a contributing factor to said accident.

6. Defendant **PATRICK REID** was guilty of negligence and/or wantonness on December 29, 2006, in the operation of his tractor-trailer.

7. The Plaintiff, **BIANCA BOYD,** in no way contributed to the cause of this accident.

8. All medical treatment provided **BIANCA BOYD** in order to treat the injuries incurred by **BIANCA BOYD** as a result of the accident which is the basis of the above styled cause were necessary in order for **BIANCA BOYD** to have the best possible physical and mental recovery.

9. All medical costs incurred and/or billed to **BIANCA BOYD** for the treatment provided **BIANCA BOYD** due to the injuries incurred by **BIANCA BOYD** as a result of the accident, which is the basis of the above styled cause were reasonable for the services provided.

10. All medical treatment and/or medical costs incurred by **BIANCA BOYD** subsequent to December 29, 2006, while being treated for the injuries caused was medically necessary and/or reasonable for the injuries incurred by **BIANCA BOYD** in the accident of December 29, 2006, and in order to ensure the best possible recovery from said injuries.

s/Guy R. Willis [WIL135]
**ATTORNEY FOR PLAINTIFF**

**Of Counsel:**
**Guy R. Willis & Associates**
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:  (334) 285-4488
Facsimile:  (334) 285-4552

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **4th day** of **June**, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

                                              s/Guy R. Willis (WIL135)
                                              Of Counsel