## IN THE DISTRICT COURT OF UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BIANCA BOYD,** | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO.:** |
| | § | **CV-2007-205-A** |
| v. | § | |
| | § | |
| **WESTERN EXPRESS, INC. , et al.,** | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFFS' FIRST SET OF INTERROGATORIES TO PATRICK REID

**COMES NOW**, the Plaintiff, **BIANCA BOYD ,** by and through their attorney of record, Guy R. Willis, and propounds the following interrogatories to the Defendant, **PATRICK REID,** to be answered in the form and manner prescribed by law:

### Definitions

Whenever the following words are used in these Interrogatories, they are defined as follows:

1.      "Accident" means the act or occurrence, which is made the basis of the above entitled lawsuit;

2.      "Your Vehicle" means the motor vehicle being occupied, driven, controlled or owned by the Defendant or any combination of the above, at the time of the accident made the basis of this lawsuit.

3.      "This Party's Vehicle" means the motor vehicle being occupied, driver, controlled or owned by the party or parties propounding these interrogatories, or

1

any combination of the above at the time of the accident made the basis of this lawsuit.

4.      "Roadway" means street, avenue, boulevard, highway, turnpike or other road used for the purpose of vehicular traffic.

## INTERROGATORIES

1.      State your full name, date of birth, present residence address, length of time you have resided at your present residence, your employer's address, and all the names by which you have ever been known, with dates during which each other name was used.

2.      Have you held a license to operate a motor vehicle at any time prior to the time of the accident other than the one listed on the accident report, which indicates you had a CDL license issued from the State of Alabama, and if so from which state was said license issued, under what name was said license issued, what was the license number of said license, what was your residence at the time said license was issued and was said license ever suspended or revoked for any reason and if so state why said license was revoked and or suspended

3.      Please give the exact date and time of the occurrence and the place of the occurrence, the definite location with reference to identifiable stationary objects, setting forth the distance, if known, from any such object, a specific description of each vehicle involved in the accident, the direction of travel of Plaintiff, **BIANCA BOYD,** at the time of the accident, the physical location of

Plaintiff, **BIANCA BOYD,** immediately prior to the accident, the direction of travel of your vehicle at the time of the accident, the physical location of your vehicle immediately prior to the accident, the direction of travel of each other vehicle involved in the accident or in the immediate area, the physical location of each of the vehicles immediate prior to the accident, the actions of the Plaintiff, **BIANCA BOYD,** immediately prior to the accident, your actions immediately prior to the accident, the actions of the drivers of all other vehicles involved in the accident immediately prior to the accident or in the area and your actions immediately after the accident.

4.     Was your attention diverted from the traffic ahead of you at any time while you were proceeding over the last 500, 400, 300, 200, 100, 50, 25 or 10 feet before the scene of the accident or at any time prior to the accident and, if so, what diverted your attention?

5.     At the time of the accident, did your vehicle have a radio and/or CB radio, cellular phone or any other electronic instrument, if so, was it operating at the time of the accident and give the number and provider of said cell phone.

6.     Was there any mechanical defect in your vehicle at the time of the accident, and, if so, describe each such defect in detail.

7.     How fast were you traveling at the time of the accident, what was the posted speed limit and the maximum speed allowed under the conditions that existed at the time of the accident?

8.      What, if anything, did you do in the operation of your vehicle in the ten (10) seconds just prior to the accident and the thirty seconds immediately following the accident?

9.      State in detail each act you performed or failed to perform which contributed to the cause of the accident and, if you allege that the Plaintiff, **BIANCA BOYD**, performed or failed to perform any acts which contributed to the cause of the accident, describe these in detail and give the names and addresses of all witnesses to the accident.

10.     State in detail every factor, which you feel contributed to the cause of the accident, giving in your answer a complete description of the way in, which each such factor contributed to the cause of the accident.

11.     Do you have knowledge of any written statement made by any other person or yourself relative to the accident, and, if so, state the name and address of each person making such statement, the date each such statement was made, where each such statement was made, to whom each such statement was made and the name and address of each person who has custody of each such statement.

12.     Were you performing any duties or acts for any person other than yourself at the time of the accident, and, if so, give the name and address of each such person and the nature of the duties or acts.

13.     Please state the name and addresses of the person, corporation, or entity that employed, hired or contracted you and your employer to provide transportation services on the day of the accident.

14.     State each and every type of prescription medication or non-prescription medication you took, were prescribed or had purchased for any reason from January 1, 2006 to December 31, 2006 and the condition for which such medication was taken.

15.      State if you have been involved in any other collision prior to December 29, 2006, and if so state (a) the parties involved in the accident; (b) whether or not any injuries were involved; (c) whether or not any law suit and/or claims where filed in connection with said accident; (d) the county and state in which the lawsuit and/or claim was filed; (e) the outcome of any such lawsuit and/or claim and (f) whether anyone involved in the accident received any form of citation or sanction based on his or her involvement in the accident.

16.     Have you received any traffic citations or tickets prior to December 29, 2006, other than parking tickets?  If so, with respect to each citation or ticket please state: (a) the date; (b) the offense; and(c) the disposition of the citation or ticket.

17. Have you ever been arrested for any reason and with respect to each arrest state:  (a) the offense for which the arrest was made; (b) the disposition of the arrest; and the (c) county and state where the arrest occurred.

18. Have you ever been convicted of a crime and if so state the (a) date of the conviction; (b) the county and state of the conviction, (c) the crime for which you were convicted; and (d) the penalty imposed for the conviction.

19. Have you ever had your license suspended or revoked for any reason whatsoever and if so state the date and reason for said suspension?

20. Did **WESTERN EXPRESS, INC**., ever terminate you, both before and/or after the collision? If so, state: (a) the date of each termination, and (b) the reason for each termination.

21. State your complete employment history beginning at age sixteen (16), including: (a) the name and address of each employer; (b) the position held; (c) the inclusive dates of employment; (d) the job responsibilities; (e) the reason for leaving said employment, including whether you left the employment due to termination, suggestion, or forced resignation; and (f) state all disciplinary measures imposed by the employee during the course of each employment.

22. State your current legal name and any and all former legal names and/or aliases, including your trucking handle, by which you have been known.

23. State whether you contend this accident was caused by anything other than negligence and/or wantonness on your part and if so then describe what the cause was and why you feel it caused the accident.

s/Guy R. Willis [WIL135]
**ATTORNEY FOR PLAINTIFF**

**Of Counsel:**
**Guy R. Willis & Associates**
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:  (334) 285-4488
Facsimile:    (334) 285-4552

## CERTIFICATE OF SERVICE

    I hereby certify that copies of the foregoing have been served upon the following by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **4**[th] **day** of **June**, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

s/Guy R. Willis (WIL135)
Of Counsel

7