**IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **BIANCA BOYD,** | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO.:** |
| | § | **CV-2007-205-A** |
| v. | § | |
| | § | |
| **PATRICK REID, et al.,** | § | |
| | § | |
| Defendants. | § | |

### REQUEST FOR ADMISSION OF FACTS TO DEFENDANT WESTERN

TO:     Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812

The Plaintiff **BIANCA BOYD**, by and through her attorney of record, Guy R. Willis, requests Defendant, **WESTERN EXPRESS, INC.,** within 30 days after service of this request, to admit the truth of the following facts:

1.     **WESTERN EXPRESS, INC.** is the owner of the vehicle driven by Defendant, **PATRICK REID,** on the date of the accident involving **BIANCA BOYD.**

2.     **WESTERN EXPRESS, INC. ,** or an agent of theirs and/or a relative of theirs who is under their control and supervision provided Defendant, **PATRICK REID,** with the use of the vehicle that struck the Plaintiff, **BIANCA BOYD,** on December 29, 2006, at approximately 5:15 p.m.

3.     By providing Defendant, **PATRICK REID,** with the use of a motorized vehicle, Defendant, **WESTERN EXPRESS, INC.,** was grossly and/or wantonly negligent.

1

4.      All medical treatment provided **BIANCA BOYD** in order to treat the injuries incurred by **BIANCA BOYD** as a result of the accident which is the basis of the above styled cause were necessary in order for **BIANCA BOYD** to have the best possible physical and mental recovery.

5.      All medical costs incurred and/or billed to **BIANCA BOYD** for the treatment provided **BIANCA BOYD** due to the injuries incurred by **BIANCA BOYD** as a result of the accident, which is the basis of the above styled cause, were reasonable for the services provided.

6.      All medical treatment and/or medical costs incurred by **BIANCA BOYD** subsequent to December 29, 2006, while being treated at or by the EMT'S, Emergency Room Personal, and all other health care providers providing treatment for injuries sustained in the accident of December 29, 2006, was medically necessary and/or reasonable for the injuries incurred by **BIANCA BOYD** and in order to ensure the best possible recovery from said injuries.

7.      **BIANCA BOYD** did not contribute to or in any way cause the accident, which is the basis of the above styled cause.

8.      **PATRICK REID** was negligent and/or wanton in the operation of the tractor-trailer on December 29, 2006, which thereby caused the accident and subsequent injuries to **BIANCA BOYD**.

9.      **PATRICK REID** was traveling at an unsafe speed at the time of and just prior to the accident on December 29, 2006, and said speed of travel was one of the contributing factors to the accident, which is the basis of the above styled cause.

10.    **PATRICK REID** was following to closely behind the plaintiff's vehicle at the time of and just prior to the accident on December 29, 2006, and said act and/or conduct was one of the contributing factors to the accident, which is the basis of the above styled cause.

s/Guy R. Willis [WIL135]
**ATTORNEY FOR PLAINTIFF**

**Of Counsel:**
**Guy R. Willis & Associates**
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:      (334) 285-4488
Facsimile:      (334) 285-4552

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **4**[th] **day** of **June**, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

s/Guy R. Willis (WIL135)
Of Counsel

3