IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BIANCA BOYD, et al.,** | § § | |
| Plaintiffs, | § § | **CIVIL ACTION NO.:** CV-2007-205-A |
| v. | § § | |
| **PATRICK REID, et al.,** | § § | |
| Defendants. | § | |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES
TO DEFENDANT, WESTERN EXPRESS, INC.**

**COMES NOW**, the Plaintiffs, **BIANCA BOYD**, by and through their attorney of record, Guy R. Willis, and propounds the following interrogatories to Defendant, **WESTERN EXPRESS, INC.,** to be answered in the form and manner prescribed by law:

Definitions

Whenever the following words are used in these Interrogatories, they are defined as follows:

1.     "Accident" means the act or occurrence, which is made the basis of the above entitled lawsuit;

2.     "Your Vehicle" means the motor vehicle being occupied, driven, controlled or owned by the Defendant or any combination of the above, at the time of the accident made the basis of this lawsuit.

3.     "This Party's Vehicle" means the motor vehicle being occupied, driver, controlled or owned by the party or parties propounding these interrogatories, or any combination of the above at the time of the accident made the basis of this lawsuit.

4. "Roadway" means street, avenue, boulevard, highway, turnpike or other road used for the purpose of vehicular traffic.

## INTERROGATORIES

1. Were you the owner or lessor of a vehicle, which was involved in an accident on the date and at the place alleged in this suit?

2. In regard to the vehicle at the time of the accident, please state the name and address of the owner of the vehicle, in whose behalf, by name and address, the driver was acting, the reason for the trip and the number of miles traveled on said trip.

3. What was the extent of the driver's driving experience prior to the accident?

4. Did the driver of your vehicle at the time of the accident have permission of the owner to drive the vehicle generally, at the specific time of the accident or by way of an agent or authorized individual?

5. If there was a lack of permission by you to drive the vehicle at the time of the accident, how did said driver get possession of the vehicle?

6. Is the title to the vehicle involved in this accident in the name of **WESTERN EXPRESS, INC.,** or the name of another person and if the vehicle involved in this accident is in the name of another person other than you, please provide the name of the individual, the address of the individual, and the telephone number of the individual.

7. Did you know the driver of the vehicle that struck the Plaintiff, **BIANCA BOYD** in the accident? If so, state the full name, date of birth, length of employment and present home address of the driver of the truck involved in the accident, which is the basis of this suit.

8. List the points of origin of loads, points of destinations of loads, and types of loads, the driver of the vehicle involved in this accident was responsible for from **December 1, 2006** to **December 31, 2006**.

9. Please state the name, address and phone number of the person, corporation or entity that employed, hired or contracted with you to provide transportation services concerning the accident which made the basis of this suit.

10. Please provide a list of names, addresses and phone numbers of any and all witnesses and/or eyewitnesses that you anticipate to either provide affidavits, depositions and/or video testimony at the trial of this case.

11. Name each and every expert you intend on calling as a witness for the defense in the above styled cause, as well as what their area of expertise, a detailed statement of what they will be testifying to, all the information in detail the expert was provided for examination, all information which the expert relied on in reaching the opinions he will testify to, as well as the expert's address, phone number and business name.

12. Please state the name, address and phone number of the company(s) that provides maintenance, repairs and/or inspections of the truck and trailer(s) that was involved in this accident in which is the basis of this suit.

13. Please state the name, address and phone number of any individuals, companies and/or entities that **WESTERN EXPRESS, INC.,** has employed to provide training, D.O.T. regulations and/or educational services to it's employees.

14. Please provide the name of the employee **WESTERN EXPRESS, INC.** that either personally provided those services described in question #13 and/or contracted with the names provided in question #13.

15. Please state the name, address and phone number of the recruiter who works and/or worked for **WESTERN EXPRESS, INC.** who was responsible for recruiting Defendant **PATRICK REID** as a driver for **WESTERN EXPRESS, INC.**

16. Has **WESTERN EXPRESS, INC.** properly maintained and recorded all information pertaining to Defendant **PATRICK REID's** personal background, driving record, driving history and/or information of any type required to be kept by any Federal or State agencies during the course of Defendant **PATRICK REID's** employment with Defendant **WESTERN EXPRESS, INC.** and/or during any period of time he was driving from Defendant **WESTERN EXPRESS, INC.**

17. If the response to #16 is no then please state what documents were not properly maintained or recorded and why said documents were not maintained and/or recorded properly.

18. Has there ever been any law suits and/or claims filed against Defendant **WESTERN EXPRESS, INC.** and/or Defendant **PATRICK REID** as a result of any type of alleged conduct on the part of Defendant **PATRICK REID** during the course of Defendant **PATRICK REID's** employment with Defendant **WESTERN EXPRESS, INC.**

19. Please state who was Defendant **PATRICK REID's** immediate supervisor, the position said supervisor holds with Defendant **WESTERN EXPRESS, INC.,** the responsibilities said supervisor has with Defendant **WESTERN EXPRESS, INC.,** the length of service said supervisor has had with Defendant **WESTERN EXPRESS, INC.** and who is the immediate supervisor of said supervisor over Defendant **PATRICK REID**.

20. Please state if Defendant, **PATRICK REID,** been involved in any other accidents while working for Defendant, **WESTERN EXPRESS, INC.,** and if so please state the following:

    a. The date of said accident;

    b. The location of said accident;

    c. The cause of said accident based upon Defendant, **WESTERN EXPRESS, INC.'s**, investigation;

    d. Whether or not there was any property damage in said accident;

    e. Whether or not there were any injuries in said accident;

                                                              s/Guy R. Willis [WIL135]
                                                               **ATTORNEY FOR PLAINTIFF**

**Of Counsel:**
**Guy R. Willis & Associates**
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:   (334) 285-4488
Facsimile:   (334) 285-4552

## CERTIFICATE OF SERVICE

     I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **4th  day** of **June**, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

                                                               s/Guy R. Willis (WIl135)
                                                               Of Counsel