**IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **BIANCA BOYD, et al.,** § | | |
| § | | |
| Plaintiffs, § | | **CIVIL ACTION NO.:** |
| § | | **CV-2007-205-A** |
| v. § | | |
| § | | |
| **PATRICK REID, et al.,** § | | |
| § | | |
| Defendants. § | | |

**EXHIBIT LIST**

COMES NOW, the Plaintiff, by and through her attorney of record, Guy R. Willis, and would respectfully submit the below Exhibit List to be used at trial in the above styled cause.

**MEDICAL EXHIBITS**

1.	a.	Medical records from Dr. W. L. Pinchback, pertaining to BIANCA BOYD for injuries sustained in the automobile accident which is made the basis of this cause.

	b.	Medical bills from Dr. W. L. Pinchback incurred as a result of the injuries sustained by BIANCA BOYD in the accident which is made the basis of this cause.

	c.	All exhibits attached to any deposition taken of Dr. W. L. Pinchback.

	d.	All medical illustrations utilized during the deposition of Dr. W. L. Pinchback.

2.	a.	Medical records from any radiology department including by not limited to Jackson Radiology and Montgomery Radiology, pertaining to BIANCA BOYD for injuries sustained in the automobile accident which is made the basis of this cause.

	b.	Medical bills from any radiology department incurred as a result of the injuries sustained by BIANCA BOYD in the accident which is made the basis of this cause.

3.  a.  Medical records from the emergency room providing treatment pertaining to BIANCA BOYD for injuries sustained in the automobile accident which is made the basis of this cause.

   b.  Medical bills from the emergency room providing treatment incurred as a result of the injuries sustained by BIANCA BOYD in the accident which is made the basis of this cause.

4.  a.  Medical records from Alabama Emerg. Room Admin Service, pertaining to BIANCA BOYD for injuries sustained in the automobile accident which is made the basis of this cause.

   b.  Medical bills from Alabama Emerg. Room Admin Service, incurred as a result of the injuries sustained by BIANCA BOYD in the accident which is made the basis of this cause.

5.  a.  Medical records from Dr. Kynard Adams, pertaining to BIANCA BOYD for injuries sustained in the automobile accident which is made the basis of this cause.

   b.  Medical bills from Dr. Kynard Adams, incurred as a result of the injuries sustained by BIANCA BOYD in the accident which is made the basis of this cause.

   c.  All exhibits attached to any deposition taken of Dr. K. Adams.

   d.  All medical illustrations utilized during the deposition of Dr. K. Adams.

6.  a.  Medical records from any facility including but not limited to High Tech Imaging providing a MRI, pertaining to BIANCA BOYD for injuries sustained in the automobile accident which made the basis of this cause.

   b.  Medical bills from any facility including but not limited to High Tech Imaging providing an MRI, incurred as a result of the injuries sustained by BIANCA BOYD in the

accident which made the basis of this cause.

    7.    a.    Medical records from Dr. Patrick Ryan, pertaining to BIANCA BOYD for injuries sustained in the automobile accident which is made the basis of this cause.

        b.    Medical bills from Dr. Patrick Ryan, incurred as a result of the injuries sustained by BIANCA BOYD in the accident which is made the basis of this cause.

        c.    All exhibits attached to any deposition taken of Dr. Patrick Ryan.

        d.    All medical illustrations utilized during the deposition of Dr. Patrick Ryan.

    8.    a.    Medical records from any physical therapy facility, including but not limited to Capital Rehab Plus, pertaining to BIANCA BOYD for injuries sustained in the automobile accident which is the basis of the above styled cause.

        b.    Medical bills from any physical therapy facility, including but not limited to Capital Rehab Plus, incurred as a result of the injuries sustained by BIANCA BOYD in the accident which is made the basis of this cause.

    9.    a.    Medical records from Baptist South Medical Center and/or Baptist East Medical Center, pertaining to BIANCA BOYD for injuries sustained in the automobile accident which made the basis of this cause.

        b.    Medical bills from Baptist South Medical Center and/or Baptist East Medical Center, incurred as a result of the injuries sustained by BIANCA BOYD in the accident which made the basis of this cause.

    10.    a.    Medical records from Montgomery Anesthesia Assoc., pertaining to BIANCA BOYD for injuries sustained in the automobile accident which made the basis of this cause.

        b.    Medical bills from Montgomery Anesthesia Assoc., incurred as a result of the injuries sustained by BIANCA BOYD in the accident which made the basis of this cause.

11. a. Medical records from CVS Pharmacy and/or any pharmacy providing medication which pertains to BIANCA BOYD for injuries sustained in the automobile accident which made the basis of this cause.

    b. Medical bills from CVS Pharmacy and/or any pharmacy, incurred as a result of the injuries sustained by BIANCA BOYD in the accident which made the basis of this cause.

12. a. Medical records from any doctor and/or health care provider of any type, pertaining to BIANCA BOYD for injuries sustained in the automobile accident which is made the basis of this cause.

    b. Medical bills from any doctor and/or health care provider of any type, incurred as a result of the injuries sustained by BIANCA BOYD in the accident which is made the basis of this cause.

    c. All exhibits attached to any deposition taken of any doctor and/or health care provider of any type.

    d. All medical illustrations utilized during the deposition of any doctor and/or health care provider of any type.

**NON-MEDICAL EXHIBITS**

13. a. Plaintiff's first set of Interrogatories to all defendants.

    b. Defendants Responses to Plaintiff's First Interrogatories.

    c. Plaintiff's first set of Request for Production of Documents to all Defendants

    d. Defendants' Responses to Plaintiff's First Set of Request for Production of Documents

    e. Plaintiff's first set of Request for Admissions to all Defendants.

    f. Defendant's Responses to Plaintiff's First Request for Admissions.

14. Copy of PATRICK REID'S Driver's License.

15. PATRICK REID'S MVR history including prior tickets and prior accident reports.

16. Copy of the Personnel File and work history of Patrick Reid held by Western Express.

17. Blowup of Photograph of accident scene.

18. Photograph of plaintiffs' vehicle.

19. Photograph of defendant's vehicle.

20. Diagram of accident scene.

21. Accident Report

22. Document Showing Cost of Repairs to Plaintiff's Vehicle

23. Document Showing Cost of Repairs to Defendant's Vehicle

24. Document Showing Cost of Repair to any property damage involved in the accident, which is the basis of the above styled cause.

25. Fred Johnson's Report and/or an expert economist report.

26. Vocational Disability Expert's Report.

27. Keith Springer's Report and/or documentation after inspection of the vehicle and/or trailer involved in the accident which is the basis of the above styled cause and/or inspection of any documentation pertaining to the tractor and/or trailer that was involved in the accident, which is the basis of the above styled cause.

28. David Bledsole's Report and/or any functional capacity expert's report.

29. BIANCA BOYD's Tax Returns and/or any payroll documentation to substantiate any type of loss of income on the part of the plaintiff.

30. Any information garnered from any inspections of the defendant's equipment in any way connected with the tractor and/or trailer involved in the accident, which is the basis of the above styled cause, including but not limited to what is known as a "black box" and/or "qual-com data".

31. Time Line Board Showing BIANCA BOYD's injuries.

32. Board Depicting All of Plaintiffs' Damages

33. Documents showing the amount if any of the subrogation owed to any health care provider due to health care benefits paid to any health care provider on behalf of the plaintiff due to injuries sustained in the accident, which is the basis of the above styled cause.

34. Any and all exhibits listed by the Defendant.

35. Any and all exhibits to prove Plaintiff's case in chief.

36. Any and all exhibits necessary for rebuttal.

37. Plaintiff respectfully request the right to amend exhibit list as discovery takes place.

Respectfully submitted, this the **4th day** of June**, 2007**.

                                              s/Guy R. Willis [WIL135]
                                              **ATTORNEY FOR PLAINTIFF**

**Of Counsel:**
**Guy R. Willis & Associates**
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:   (334) 285-4488
Facsimile:   (334) 285-4552

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **4th day** of **June**, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205-871-1811

                    s/Guy R. Willis (WIL135)
                    Of Counsel