### IN THE DISTRICT COURT OF UNITED STATES FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **BIANCA BOYD,** § § | |
| Plaintiff, § § | **CIVIL ACTION NO.:** |
| § § | **CV-2007-205-A** |
| v. § § | |
| **PATRICK REID, et al.,** § § | |
| Defendants. § | |

## WITNESS LIST

1. BIANCA BOYD

2. PATRICK REID

3. The law enforcement officer who investigated the accident that is the basis of the above styled cause, whose name is believed to by T. Bradley with the Montgomery Police Department.

4. Evelyn Boyd, mother of plaintiff and she will attest as to how the injuries affected the plaintiff.

5. Jalisia Boyd, sister of plaintiff and she will attest as to how the injuries affected the plaintiff.

6. Terlesa Crumpton, friend of plaintiff and she will attest as to how the injuries affected the plaintiff.

7. Representative from Department of Transportation of Georgia and/or Department of Motor Vehicles.

8. Dr. W. L. Pinchback by way of video deposition or in person.

9. Dr. Kynard Adams by way of video deposition or in person.

10. Dr. Patrick Ryan by way of video deposition or in person.

11. Any therapist who treated the plaintiff at Capital City Rehab Plus.

12. Fred Johnson, Economist. He will be testifying to the loss of income sustained by Ms. BIANCA BOYD, the future loss of income and the present value of said income. He will also testify if there is a value to a loss of any benefits by the Plaintiff, BIANCA BOYD. Testimony will also be offered regarding the cost of future medical care in the form of medication cost, medical treatments, and loss of services.

13. Any and all treating physicians who provided services to BIANCA BOYD for the injuries she sustained as a result of this accident which is the basis of the above styled cause which may be unknown at this time.

14. Any and all other health care providers which have treated BIANCA BOYD for the injuries she sustained as a result of this accident which is the basis of the above styled cause which may be unknown at this time including, but not limited to therapists, nurses, Emergency Medical Technicians and/or ambulance attendants, emergency room attendants and physicians, and pharmacists.

15. Custodian of Records of any and all other health care providers, which have treated BIANCA BOYD for the injuries she sustained as a result of this accident which is the basis of the above styled cause which may be unknown at this time, including but not limited to any hospitals, Dr. W. L. Pinchback, Dr. Adams, Baptist Surgery Center, Baptist East, Dr. Patrick Ryan, Capital City Rehab Plus, any pain management facility, and/or any physical therapy facility.

16. Custodian of records for any and all other health care providers which have treated BIANCA BOYD for the injuries she sustained as a result of this accident which is the basis of the above styled cause which may be unknown at this time.

17. Vocational Disability Expert. She and/or he will be testifying to what, if any, type of vocational disability the Plaintiff, BIANCA BOYD, has and how this affects her ability to work and his marketability in her chosen profession, occupation and/or second job in the security business, as well as her potential in today's work force. She and/or he will also be providing a work analysis for BIANCA BOYD.

18. David Bledsole who will testify as to any functional capacity rating and permanent physical impairment rating BIANCA BOYD has as a result of the injuries sustained in the accident which is the basis of the above styled cause.

19. Custodian of Records of the law enforcement agency investigating the accident which is the basis of the above styled cause.

20. Custodian of Records for the Department of Public Safety and/or department of motor vehicles from any state having records on the defendants driving history.

21. Custodian of Records of the body shop that did the estimate for the repairs to the vehicle the plaintiff was occupying.

22. Custodian of Records of the body shop that did the estimate and/or repairs to the defendant's vehicle.

23. Any individual who towed either the plaintiff's or the defendant's vehicle.

24. Any and all witnesses necessary to prove the plaintiff's case in chief.

25. Any and all witnesses necessary for rebuttal

26. Any and all witnesses listed by the defendants

27. Plaintiff requests the right to amend the witness list to include any additional witnesses which are necessary to prove her case in chief and substantiate damages.

Respectfully submitted, this the **4th** day of **June, 2007**.

                s/Guy R. Willis [WIL135]
                **ATTORNEY FOR PLAINTIFFS**

**Of Counsel:**
**Guy R. Willis & Associates**
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone: (334) 285-4488
Facsimile: (334) 285-4552

## CERTIFICATE OF SERVICE

  I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **4th day** of **June**, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

                s/Guy R. Willis (WIL135)
                Of Counsel