IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| BIANCA BOYD, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. |
| PARTICK REID, | § § | CV-07-2:07-205-A |
| et al. | § § § | |
| Defendants. | § | |

### RULE 26 INITIAL DISCLOSURES OF PLAINTIFF BIANCA BOYD

COMES NOW, the Plaintiff, **BIANCA BOYD**, and pursuant to Rule 26(a)(1) and (2) of the Federal Rules of Civil Procedure and Rules LR26.1(a)(1) and (2) of the Local Rules of the United States District Court for the Middle District of Alabama, and make the following required disclosures:

### PERSONS WITH DISCOVERABLE INFORMATION

Pursuant to Rule 26(a)(1)(A) of the Federal rules of Civil Procedure and Rule LR26.1(a)(1)(A) of the Local Rules of the United States District court for the Middle District of Alabama, Defendants currently believe that the following individuals have discoverable personal knowledge concerning significant factual issues specifically raised in the pleadings:

| Name: | Address: | Telephone: | Subject: |
|---|---|---|---|
| BIANCA BOYD | 5600 Carmichael Rd., Montgomery, AL 36117 | (334) 272-1814 | Facts Concerning Cause of Accident |
| Patrick Reid | 105 Heritage Court Fayetteville, GA | (404) 409-0098 | Facts Concerning Cause of Accident/injuries sustained in accident |

| Name | Address | Phone | Subject |
|---|---|---|---|
| T. Bradley | Montgomery Police Department | (334) 241-2671 | Facts relating to the accident/injuries sustained in accident |
| Evelyn Boyd | 2324 Sansone Rd. Montgomery, AL 36116 | (334) 356-4593 | Facts relating to accident/injuries sustained in accident; effect of injuries to plaintiff |
| Jalisia Boyd | 2324 Sansone Rd. Montgomery, AL 36116 | (334) 356-4593 | Facts relating to accident/injuries sustained in accident; effect of injuries to plaintiff |
| Terlesa Crumpton | 6718 Sarita Ct. Montgomery, AL 36116 | (334) 396-2420 | Facts relating to accident/injuries sustained in accident; effect of injuries to plaintiff |
| Safety Director for Western Express | 155 Alcovy Industrial Blvd., Atlanta, GA | Works for Defendant Trucking Company | Facts relating to issues directed toward defendant trucking company and compliance with FMSCR |
| Training Director for Western Express | 155 Alcovy Industrial Blvd., Atlanta, GA | Works for Defendant Trucking Company | Facts relating to issues directed toward defendant trucking company and compliance with FMSCR |
| Immediate Supervisor of Defendant Reid | 155 Alcovy Industrial Blvd., Atlanta, GA | 155 Alcovy Industrial Blvd., Atlanta, GA | Facts relating to issues directed toward defendant trucking company and compliance with FMSCR |
| Dr. W. L. Pinchback | Montgomery, AL | 262-0523 | Injuries of Plaintiff; causation of injuries |
| Dr. Kynard Adams | Montgomery, AL | 264-3434 | Injuries to Plaintiff; causation of injuries |
| Dr. Patrick Ryan | Montgomery, AL | 834-6422 | Injuries to Plaintiff; causation of injuries |

| | | | |
|---|---|---|---|
| Jackson Radiology; Jackson Hospital | Montgomery, AL | 293-8000 | MRI; Injuries Caused in Accident to Plaintiff; Treatment of Plaintiff for Injuries |

| | | | |
|---|---|---|---|
| Baptist Medical Center South | Montgomery, AL | 288-2100 | Injuries Caused to Plaintiff in Accident |
| Montgomery Anesthesia Assoc. | Montgomery, AL | (334) 279-1450 | Injuries caused in accident to Plaintiff; treatment to plaintiff for injuries to plaintiff |
| Custodian of Records for Drug Store Providing Medication to Plaintiff; CVS Pharmacy at Bell & Vaughn Road | Montgomery, AL Bell & Vaughn Road | Unknown | Medication Required; Prescribed due to injuries sustained in accident |

| | | | |
|---|---|---|---|
| Keith Springer (expert) | Millbrook, AL | 334-285-4592 | Maintenance, Repair, Inspection of Truck and Trailer involved in accident |
| Paul Dillard (expert) | Birmingham, AL | 205-408-4780 | Violation of FMCSR which contributed to accident; Hiring, Supervision, Training; Entrustment; Retention Of Employee |
| Nancy Crumpton and/or vocational disability expert (expert) | Montgomery, AL | Unknown | Will Testify as to the vocational disability of plaintiff |
| Dr. Fred Johnson (expert) | Birmingham, AL | (205) 979-6093 | Testify as to the present value of lost income; present value of cost of future medication & medical treatment; value of lost benefits |
| Baptist East Hospital | Montgomery, AL | 334-277-8330 | Injuries Caused in Accident to Plaintiff |
| Custodian of Records from High Tech | Montgomery, AL | (334) 265-7213 | Diagnostic results of MRI and type of injuries |
| Montgomery Radiology Associates | Montgomery, AL | (334) 269-6337 | Diagnostic results of x-rays and type of injuries |
| Custodian of Records for the Department of Public Safety and/or any agency from any state having records on Defendant Reid | Georgia | Unknown | Motor Vehicle Record of Defendant Reid; Accident Reports involving Defendant Reid; Traffic Citations given to Defendant Reid |
| David Bledsole (expert) | Montgomery, AL | 205-978-2358 | Physical limitations; restrictions of Plaintiff as a result of injuries caused by accident |

| | | | |
|---|---|---|---|
| Precision Medical Solutions | Montgomery, AL | Unknown | Injuries caused in accident to Plaintiff; treatment to plaintiff for injuries to plaintiff |
| Desmond Vickers | 319 Adler Dr. Montgomery, AL | (334) 280-3026 | Facts of Accident |
| Erica Davis | 752 Golden Gate Drive, Montgomery, AL | 9334) 834-1836 | Facts of Accident; Injuries to Plaintiff |
| Jasmine Hill | 3816 Chapwood St. Montgomery Alabama, 36116 | (334) 281-7480 | Facts of Accident; Injuries to Plaintiff |
| Custodians of Records of All Health Care Facilities that Provided Treatment to Plaintiff for Injuries Sustained in Accident | Tri-County Area | Unknown | Injuries caused to plaintiff in the accident and the treatment provided to plaintiff for said treatment |
| Supervisor of the driver that was driving the truck that struck the plaintiff | 155 Alcovy Industrial Blvd., Atlanta, GA | Works for Defendant Trucking Company | Facts of Accident; Information concerning truck; information concerning defendant driver |
| Randy McDaniel | Alabama | Unknown | Will Testify as to the vocational disability of plaintiff |
| Custodian of Record of the body shops that did the work and/or provided estimates to fix and/or repair any vehicle involved in the accident of 12-29-06 | Montgomery, AL and/or any other state where body shops would be located | Unknown | Will testify as any facts relating to accident scene and the towing of vehicles and/or any comments made by anyone at accident scene |
| Any individual and/or individuals who towed any of the vehicles involved in the accident of 12-29-06 | Montgomery, AL and/or any other state | Unknown | Facts of accident and injuries to plaintiff as a result of the accident |
| Any and all witnesses necessary to prove the | Will provide once ascertained | Will provide once ascertained | Any facts relating to the accident; injuries |

| | | | |
|---|---|---|---|
| plaintiff's case in chief | | | sustained by the plaintiff; facts to support the plaintiff's case in chief; any facts relevant to the issues before this court |
| Custodian of Records from any health care insurance provider that provided benefits to the plaintiff | Unknown | Unknown | Testify about any subrogation they may have due to payment of health insurance benefits on behalf of plaintiff |
| Any and all witnesses listed by the defendants | Unknown | Unknown | Unknown |
| Any and all witnesses necessary for rebuttal | Unknown | Unknown | Will attest to any information necessary to refute any of the defendant's testimony if necessary |

## RELEVANT DOCUMENTS

Pursuant to Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure and Rule LR26.1(a)(1)(B) of the Local Rules of the United States District Court for the Middle District of Alabama, Plaintiff through her counsel of record, shall provide copies of the accident report and other documents relating to the accident, relevant medical records of BIANCA BOYD, photographs of the accident scene and other material relevant to the accident and injuries of the plaintiff which are alleged to have been caused by the accident which is the basis of the above styled cause.

## DAMAGES

Plaintiff claims personal injuries to his entire person as a result of the accident, loss of income, permanent physical impairment, medical bills, future loss of earning, future medical

bills, vocational disability, mental anguish, initial pain, future pain.  To the best of Plaintiff's knowledge and belief at this time the most serious physical injury is to her spinal column and her right knee.

## EXPERT TESTIMONY

At this time the Plaintiff has not retained and/or consulted with an expert, but have listed individuals who may be retained in the event expert testimony is needed.   However, the Plaintiff will supplement his response pursuant to Rule 26(e) of the Federal Rules of Civil Procedure if necessary.

s/Guy R. Willis (WIL135)<br>
Attorney for Plaintiff

**Of Counsel:**
**Guy R. Willis & Associates**
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054

Telephone: (334) 285-4488
Facsimile: (334) 285-4552

## CERTIFICATE OF SERVICE

  I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **4th day** of **June, 2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL 35209-6812
(205-871-1811

            s/Guy R. Willis (WIL135)
            Of Counsel