### IN THE DISTRICT COURT OF UNITED STATES FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, et al., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-07-205-A |
| | ) |
| PATRICK REIDAND | ) |
| WESTERN EXPRESS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO VIDEOTAPE DEPOSITION

COMES NOW, the Plaintiff, in the above styled cause and represents to this Honorable Court that a Notice to take the Deposition of **Dr. W. L. Pinchback** has been filed with this Court. Said deposition is scheduled for Wednesday, July 15, 2007, at 7:00 A.M. Plaintiff requests that this court enter an order allowing this deposition to be taken by video for presentation at trial in the above styled cause.

s/Guy R. Willis (WIL135)
4761 Main Street
P. O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **4th  day** of June, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
205)-871-1811


                                                        s/Guy R. Willis (WIL135)
                                                        Of Counsel