IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BIANCA BOYD, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>PATRICK REID, *et al.*, )<br>)<br>)<br>   Defendants. ) | CASE NO. 2:07-cv-205-WHA |

## **ORDER**

Upon consideration of the *Motion to Videotape Deposition* (Doc. 23, filed June 5, 2007), and confirmation by the parties that it is uncontested,[1] it is

**ORDERED** that the *Motion to Videotape Deposition* (Doc. 23) is **GRANTED**.

DONE this 12th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel communicated with the Court's law clerk via e-mail on June 12, 2007 that there are no objections to the motion.