IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **BIANCA BOYD, et al.**, § | |
| § | |
| Plaintiff, § | **CIVIL ACTION NO.:** |
| § | **CV-07-205-A** |
| v. § | |
| § | |
| **PATRICK REID, et al.**, § | |
| § | |
| Defendants. § | |

**SECOND NOTICE OF VIDEO DEPOSITION FOR PRESENTATION AT TRIAL**

TO:   Patrick R. Norris (ASB-3835-S8IP)
      McDaniel, Bains & Norris, P. C.
      Two Metroplex Drive
      Suite 504
      Birmingham, AL   35209-6812
      (205)-871-1811

Please take notice that Plaintiff, **BIANCA BOYD,** will take the testimony by oral deposition of **Dr. W. L. Pinchback**, located at 1329 Mulberry St., Montgomery, Alabama, in accordance with the Alabama Rules of Civil Procedure, beginning at **7:00 A.M**., respectively on **Wednesday, August 29, 2007**, and will continue until completed. You are invited to attend and cross-examine.

Deponents are required to bring all documents, memoranda, photographs, writings or tangible things of any kind, which in any way relate to or support the defense of in this cause.

Said deposition will be taken before a court reporter or any other officer duly authorized to take depositions and swear in witnesses in said county and state.

                                          s/Guy R. Willis [WIL135]
                                          **ATTORNEY FOR PLAINTIFFS**

**Of Counsel:**

**Guy R. Willis & Associates**
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:   (334) 285-4488
Facsimile:   (334) 285-4552

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the 15th **day** of August, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
205)-871-1811

Mr. John Harris
**EXECUTIVE VIDEO PRODUCTIONS**
Post Office Box 680306
Prattville, Alabama 36068

Mrs. Sherri Stillings
**Stillings Reporting**
Post Office Box 680134
Prattville, Alabama, 36068-0134

                                                  s/Guy R. Willis (WIL135)
                                                  Of Counsel