IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-205-WHA |
| ) | |
| PATRICK REID, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO COMPEL DISCOVERY

COMES NOW, the Plaintiff, BIANCA BOYD, and would show unto this Honorable Court the following:

1. Discovery was propounded to all defendants at the time of service of the complaint. Service was perfected upon the defendant Western Express in state court on or about the 22nd day of February, 2007.

2. Defendants filed to remove the above styled cause to Federal Court.

3. The same discovery was served again upon both defendants on the 4th day of June, 2007.

4. On the 13th day of August 2007, plaintiff's counsel wrote defense counsel and requested responses to the plaintiff's discovery by the 23rd of August 2007. (See attached letter)

5. It has now been over six months since the defendant Western Express was served the original discovery at the time of service of the complaint and over two months since the discovery was reserved on both defendants after removal of the plaintiff's cause of action to federal court.

6.         Your plaintiffs' are in need of the discovery responses in order to properly and equitably prepare their case in chief.

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff would request this Honorable Court to issue an order instructing the defendants to provide correct and complete responses to the plaintiff's discovery within the next ten (10) days from the 24th of August 2007.

        s/Guy R. Willis (WIL135)
        4761 Main Street
        P. O. Drawer 1227
        Millbrook, AL 36054
        (334) 285-4488
        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **24th day** of August, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
205)-871-1811

        s/Guy R. Willis (WIL135)
        Of Counsel

# GUY RODNEY WILLIS & ASSOCIATES
Attorneys and Counselors at Law

Guy R. Willis
Steven P. Floyd

P.O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
(334) 365-1965
Fax (334) 285-4552

August 13, 2007

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL  35209-6812
(205)-871-1811
(205)-871-4511

Re:   Claimant:        Bianca and JaNya Boyd
      Your Insured:    Western Express/St. Patrick Reid
      Date of Loss:    December 29, 2006
      Claim Number:    TR904290

Dear Mr. Reid:

I have not gotten any response to my discovery documents from either of the defendants. Please send me responses in the next ten (10) days. Thank you.

Respectfully yours,

Guy R. Willis

GRW