**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                      TELEPHONE (334) 954-3600

August 24, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

**Case Style:   Boyd v. Reid et al**

**Case Number:   2:07-cv-00205-WHA**

**Referenced Pleading:    Motion to compel**
**Docket Entry Number:    30**

**The referenced pleading was filed on \*\*\*August 24, 2007\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry. A correction was electronically filed as Docket Entry 31.**

**Parties are instructed to disregard #30 docketing entry, which has been stricken from the record as a docketing error.**