IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-205-WHA |
| ) | |
| PATRICK REID, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the *Motion to Compel Discovery* (Doc. 31, filed August 24, 2007),[1] it is

**ORDERED** that Defendants file a response to this motion on or before **August 31, 2007**.

DONE this 24th day of August, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] Document #31 was intended to replace Document #30.  As such, the Clerk is DIRECTED to terminate Document #30 as a pending motion.