IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BIANCA BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:07-CV-205-A |
| | ) | |
| PATRICK REID, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S
## MOTION TO COMPEL

COME NOW the defendants in the above cause and respond to the Plaintiff's Motion To

Compel (Document Number 31) as follows:

1.    This action arises out of a motor vehicle accident which occurred in Montgomery County

on December 29, 2006 involving the plaintiff and a tractor trailer operated by these defendants.

2.    Defendant Western Express, Inc. was served with a Summons and Complaint filed in The

Circuit Court of Montgomery County, Alabama on or about February 2, 2007.

3.    Defendant Patrick Reid was not served with the Summons and Complaint.

4.    The defendants thereafter filed a Notice of Removal removing this action to The United

States District Court For The Middle District Of Alabama, Northern Division on or about . This

action has been pending in federal court since that time.

5.    The parties held their Rule 26(f) planning meeting on or about May 22, 2007. Pursuant to

Rule 26(d) FRCP, "... a party may not seek discovery from any source before the parties have

conferred as required by Rule 26(f)." Accordingly, the Plaintiff was not entitled to seek any

discovery from these Defendants prior to that time and, as such, these Defendants were not obligated

to respond to the discovery filed by the Plaintiff in state court and served on Defendant Western Express, Inc. together with the Summons and Complaint.

6.     The Plaintiff first filed discovery following the Rule 26(f) planning meeting on or about June 4, 2007. This discovery consisted of separate interrogatory requests directed to each Defendant with each set containing interrogatories in number, including subparts, approaching or exceeding the maximum allowed. This discovery further consisted of separate requests for production to each Defendant with each set consisting of in excess of seventy (70) separately numbered requests. The discovery is therefore extensive and burdensome.

7.     These Defendants have been and are continuing to work to provide full and complete responses to the pending discovery. The Defendants have in this regard this week provided to the Plaintiff by FedEx delivery a full and complete copy of the Defendant's Driver Qualifications file and color copies of photographs of the involved vehicles. Additional documents and responses are forthcoming.

8.     These Defendants need additional reasonable time to fully respond to the voluminous and burdensome discovery. The depositions of the parties are currently scheduled for October 1-2, 2007. The undersigned has represented to the Plaintiff's attorney that the Defendants would provide full responses to the discovery far enough in advance of the depositions to give the attorney sufficient time to review the responses and prepare meaningfully for the depositions. These Defendants therefore specifically request that they be allowed to respond to the discovery by no later than September 17, 2007, which would be two weeks in advance of the date of the depositions.

9.  The undersigned has spoken with the Plaintiff's attorney, Guy Willis, and he has no objection to these Defendants' Request.

WHEREFORE, the Defendants respectfully request that this Court GRANT the Plaintiff's

Motion To Compel but by Order allow these Defendants to respond to the discovery by September

17, 2007.


                                                        s/Patrick R. Norris
                                                        Patrick R. Norris
                                                        Alabama Bar No. ASB-3835-S81P
                                                        Attorney for Defendants


OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama  35209-6812
(205) 871-1811


## CERTIFICATE OF SERVICE

        I hereby certify that I have served a true and correct copy of the foregoing on the following
attorneys or parties:

Guy R. Willis
Guy R. Willis & Associates
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054

by using ALAFILE, the CM/ECF system, facsimile, hand delivery, and/or by placing a copy of the
same in the United States Mail, First Class Postage Prepaid on this 31st day of August, 2007.


                                                        s/Patrick R. Norris
                                                        Of Counsel