IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-205-WHA |
| | ) |
| PATRICK REID, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the *Motion to Compel Discovery* (Doc. 31, filed August 24, 2007) and *Defendants' Response to Plaintiff's Motion to Compel* (Doc. 35, filed August 31, 2007), it is

**ORDERED** that the *Motion to Compel Discovery* (Doc. 31) is **DENIED as moot** without prejudice to reassert.

DONE this 5th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE