## IN THE DISTRICT COURT OF UNITED STATES FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BIANCA BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-205-WHA |
| | ) | |
| PATRICK REID, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY

COMES NOW, the Plaintiff, BIANCA BOYD, and would show unto this Honorable

Court the following:

1.      On June 4, 2007, discovery was served again upon both defendants consisting

of request for production of documents, interrogatories and request for

admissions.

2.      Defense counsel responded to plaintiff's request for admissions on behalf of

both defendants.

3.      On the 13th day of August 2007, plaintiff's counsel wrote defense counsel and

requested responses to the plaintiff's discovery by the 23rd of August 2007.

4.      As of the 24th day of August 2007, plaintiff's counsel had not received any

discovery responses from defendants except responses to the plaintiff's request

for admissions.

5.      On August 24, 2007, your plaintiff filed a motion to compel both defendants to

respond to the plaintiffs request for admissions and interrogatories.

6.     On the 24th day of August 2007, this Honorable Court ordered defendant to file a response to plaintiff's motion to compel discovery by the 31st day of August 2007.

7.     On August 31, 2007, plaintiff's counsel received a copy of Defendant Express's driver's qualification file on Defendant Reid and photographs.

8.     Plaintiff's counsel has not received any responses to interrogatories from either defendant.

9.     No documents from Defendant Reid have been produced.

10.    Defendant Express has not responded properly to your plaintiff's request for production of documents in that no signed responses have been provided indicating what documents have been produced or can be produced by Defendant Express.

11.    Furthermore, Defendant Express' production of copied photographs and Defendant Reid's DQ file is only two of the documents requested by your plaintiff.  Your plaintiff has requested seventy-one different relevant documents from Defendant Express, which are relevant to the issues before this Honorable Court.

12.    Your plaintiffs' are in **need** of the discovery responses in order to properly and equitably prepare their case in chief.

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff would request this Honorable Court to issue an order instructing the defendants to not only provide a response to your plaintiff's motion but to provide correct and complete responses to the plaintiff's discovery within the next ten (10) days from the 31st of August 2007.

s/Guy R. Willis (WIL135)
4761 Main Street
P. O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **31**st **day** of August, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

s/Guy R. Willis (WIL135)
Of Counsel