IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BIANCA BOYD,               )
                           )
    Plaintiff,          )
                           )
v.                         )     CASE NO. 2:07-CV-205-WHA
                           )
PATRICK REID, et al.,      )
                           )
    Defendants.         )

## AMENDED PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY

COMES NOW, the Plaintiff, BIANCA BOYD, and would show unto this Honorable Court the following:

1. On June 4, 2007, discovery was served upon both defendants consisting of request for production of documents; interrogatories and request for admissions after defense counsel removed the plaintiff's claim to federal court.

2. Defense counsel responded to plaintiff's request for admissions on behalf of both defendants.

3. On the 13th day of August 2007, plaintiff's counsel wrote defense counsel and requested responses to the plaintiff's discovery by the 23rd of August 2007.

4. As of the 24th day of August 2007, plaintiff's counsel had not received any discovery responses from defendants except responses to the plaintiff's request for admissions.

5. On August 24, 2007, your plaintiff filed a motion to compel both defendants to respond to the plaintiffs request for admissions and interrogatories.

6. On the 24th day of August 2007, this Honorable Court ordered defendant to file a response to plaintiff's motion to compel discovery by the 31st day of August 2007.

7. On August 31, 2007, plaintiff's counsel received a copy of Defendant Express's driver's qualification file on Defendant Reid and various photographs.

8. Plaintiff's counsel has not received any responses to interrogatories from either defendant.

9. No documents from Defendant Reid have been produced.

10. Defendant Express has not responded properly to your plaintiff's request for production of documents in that no signed responses have been provided indicating what documents have been produced or can be produced by Defendant Express.

11. Furthermore, Defendant Express' production of copied photographs and Defendant Reid's DQ file is only two of the documents requested by your plaintiff. Your plaintiff has requested seventy-one different relevant documents from Defendant Express, which are relevant to the issues before this Honorable Court.

12. Defense counsel contacted plaintiff's counsel subsequent to this court's order instructing defense counsel to respond to plaintiff's motion to compel and stated the discovery responses would be provide by the 17th day of September 2007.

13. Defense counsel asked plaintiff's counsel if the date of September 17, 2007, and if so defense counsel would advise this Honorable Court of the agreed upon time for defense counsel to provide the discovery responses.

14. Plaintiff's counsel advised defense counsel the 17th day of September 2007, would be a satisfactory date for the defendants to provide responses to the plaintiff's discovery.

15. As of the 18th day of September, 2007, at 2 p.m., your plaintiff has received no discovery responses to the plaintiff's interrogatories and request for production of documents.

16. As of the 18th day of September, 2007, at 2 .m., your plaintiff's counsel has not received any communication from defense counsel the plaintiff's discovery responses would be forth coming in the next few days.

17. Your plaintiffs' are in **need** of the discovery responses in order to properly and equitably prepare their case in chief.

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff would request this Honorable Court to issue an order instructing the defendants to provide correct and complete responses to the plaintiff's discovery immediately in that defendants have failed to abide by the agreed upon date to provide responses after your plaintiff had to file a motion to compel production of said discovery responses.

s/Guy R. Willis (WIL135)
4761 Main Street
P. O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

       I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **18th day** of September, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

                                                         s/Guy R. Willis (WIL135)
                                                         Of Counsel