IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD,            )<br>                         )<br>   Plaintiff,           )<br>                         )<br>v.                       )<br>                         )<br>PATRICK REID, *et al.*,  )<br>                         )<br>                         )<br>   Defendants.          ) | CASE NO. 2:07-cv-205-WHA |

## **ORDER**

Upon consideration of *Amended Plaintiff's Second Motion to Compel Discovery* (Doc. 38, filed August 24, 2007), it is

**ORDERED** that Defendants file a response to this motion on or before **3:00 p.m. on September 21, 2007**.

DONE this 19th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE