IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, | ) |
|           Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07cv205-WHA |
| PATRICK REID, et al., | ) |
|           Defendants. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss or Alternatively Motion to Order Timely Service (Doc. #41), filed on September 20, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before October 1, 2007** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 21st day of September, 2007.

           /s/ W. Harold Albritton
           W. HAROLD ALBRITTON
           SENIOR UNITED STATES DISTRICT JUDGE