### IN THE DISTRICT COURT OF UNITED STATES FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-205-WHA |
| | ) |
| PATRICK REID, et al., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION TO APPOINT PROCESS SERVER

COMES NOW, the Plaintiff, BIANCA BOYD, and would show unto this Honorable Court Defendant Patrick Reid did not accept service of the complaint when service by certified mail was attempted. Your plaintiff has contacted Walt Ballen and requested he serve and/or attempt to serve Defendant Reid in person.

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff would request this Honorable Court to issue an order appoint Mr. Walt Ballen as a process server for the plaintiff allowing him to serve Defendant Reid with the complaint, discovery documents, witness list, exhibit list and any other documents deemed necessary to be served upon the defendant at the time of service of the complaint.

s/Guy R. Willis (WIL135)
4761 Main Street
P. O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

       I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **21st day** of September, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

                                              s/Guy R. Willis (WIL135)
                                              Of Counsel