IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: CV-2007-205-WHA |
| ) | |
| WESTERN EXPRESS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR TIMELY SERVICE

COMES NOW, the Plaintiff, BIANCA BOYD, and would respond to the Defendant's Request for Admissions to Plaintiff as follows:

1. Plaintiff filed her original complaint in circuit court of Montgomery County, Alabama.

2. Defense counsel filed to remove said claim to federal court.

3. Defense counsel answered your plaintiff's complaint on behalf of Defend Reid and responded to the plaintiff's requests for admissions.

4. Plaintiff's counsel was under the impression defense counsel had accepted service for Defendant Reid due to the fact defense counsel was responding to all pleadings on behalf of Defendant Reid.

5. Plaintiff's counsel was under the impression Defendant Reid had been served.

6. Plaintiff's counsel has retained the services of a process server in order to serve Defendant Reid.

7. Defendant Reid lives out of state in Georgia, and apparently refused to accepted served by certified mail.

8. Plaintiff's counsel would request a reasonable time be allotted to serve Defendant Reid due to the fact Defendant Reid is an out of state residence.

9. Plaintiff's counsel would request a minimum of ninety days (90) to attempt personal service on Defendant Reid.

    s/Guy R. Willis [WIL135]
    ATTORNEY FOR PLAINTIFF

**Of Counsel:**
**Guy R. Willis & Associates**
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:   (334) 285-4488
Facsimile:   (334) 285-4552

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing responses have been served upon the following by placing a copy of the same in the United States Mail, postage prepaid on the individual listed below this the 21st day of September 2007.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811
(205)-871-4511

    s/Guy R. Willis [WIL135]
    Of Counsel