IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PATRICK REID, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:07cv205-WHA |

## ORDER

Upon consideration of Plaintiff's Motion to Appoint Process Server (Doc. #43), the court finds that no such appointment is necessary. Plaintiff's counsel may obtain a Summons and have service made as authorized by Rule 4(c) and (e), *Fed. R.Civ.P.*, and make proof of service as required by Rule 4(l), *Fed.R.Civ.P*. Therefore, it is hereby

ORDERED that the motion is DENIED.

DONE this 24th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE