IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:07-cv-205-WHA |
| | ) |
| PATRICK REID, *et al.*, | ) |
| | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon consideration of the *Amended Plaintiff's Second Motion to Compel Discovery* (Doc. 38, filed September 18, 2007) and *Defendants' Response to Plaintiff's Second Motion to Compel* (Doc. 40, filed September 20, 2007), it is **ORDERED**

(1) The *Amended Plaintiff's Second Motion to Compel Discovery* (Doc. 38) is **GRANTED** as to Defendant Western Express, Inc. Western Express shall provide its full responses to Plaintiff **within ten (10) days of this order**.

(2) The *Amended Plaintiff's Second Motion to Compel Discovery* (Doc. 38) is **DENIED without prejudice to reassert** as to Defendant Patrick Reid. At present, Reid has not been served with the Summons and Complaint and as such, cannot be compelled to provide discovery responses until service has been perfected.

(3) *Plaintiff's Second Motion to Compel Discovery* (Doc. 37, filed September 18,

2007) is **DENIED as moot** as it is merely an earlier version of *Amended Plaintiff's Second Motion to Compel Discovery* (Doc. 38).

DONE this 24th day of September, 2007.

    /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE