IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-07-205-A |
| | ) |
| PATRICK REIDAND | ) |
| WESTERN EXPRESS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR CONTINUANCE OF TIME TO SERVE DEFENDANT REID**

COMES NOW, the Plaintiff, in the above styled cause and represents to this Honorable Court that plaintiff's counsel has retained the services of a private investigator in order to perfect service upon Defendant Reid. Said investigator has made four (4) trips to Georgia in an effort to locate said defendant. Defendant Reid has relocated from the address shown on his driver's license and the process has been to several different addresses in an attempt to locate and serve said defendant. Plaintiff's counsel is going to retain the services of another investigator in order to help locate and serve Defendant Reid.

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff would request this Honorable Court to allow your plaintiff another thirty (30) days in order to locate and serve Defendant Reid.

s/Guy R. Willis (WIL135)
4761 Main Street
P. O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

       I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **2nd  day** of November, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
205)-871-1811

                                            s/Guy R. Willis (WIL135)
                                            Of Counsel