## IN THE DISTRICT COURT OF UNITED STATES FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-07-205-A |
| | ) |
| PATRICK REIDAND | ) |
| WESTERN EXPRESS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL MOTION FOR CONTINUANCE OF TIME TO SERVE DEFENDANT REID**

COMES NOW, the Plaintiff, in the above styled cause and represents to this Honorable Court that plaintiff's counsel filed a motion for continuance of time to serve Defendant Reid. Your plaintiff's counsel would supplement the previous motion by filing the attached affidavit in support of his efforts to locate and serve Defendant Reid.

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff would request this Honorable Court to allow your plaintiff another thirty (30) days in order to locate and serve Defendant Reid.

s/Guy R. Willis (WIL135)
4761 Main Street
P. O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

   I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **2nd  day** of November, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
205)-871-1811

            s/Guy R. Willis (WIL135)
            Of Counsel

STATE OF ALABAMA)

ELMORE COUNTY)

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Walt Ballen, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Walt Ballen, and I am over twenty-one (21) years of age and have personal knowledge of the facts as set forth herein.

I am licensed investigator and have been for over twenty-five years. My base of operations is Montgomery, Alabama. I was contacted by attorney Guy R. Willis, to function as a process server in order to serve a complaint, disco very, notice of depositions and other documents filed with the Federal Court in Montgomery, Alabama, on Defendant Patrick Reid.

Mr. Reid's address at the time of the accident was 105 Heritage Court, Fayetteville, GA 30214. I started on this case in September of 2007. I have personally been to Fayetteville, GA on three separate occasions, September 28, 2007, thru the 29th of September 2007; October 17, 2007 thru the 18th of October 2007; October 27, 2007 thru the October 28, 2007. I stayed at Holiday Inn in Fayetteville, at 140 Lanier Ave., East.

While in Fayetteville, I went to the Mr. Patrick Reid's address was listed on the accident, involving Ms Boyd and Mr. Reid. This address was a house, which was closed and there was a "For Sale" sign in front of the house. I asked several of the neighbors where Mr. Reid was located and they all said they had no

knowledge of Mr. Reid or who had lived at 105 Heritage Court, Fayetteville, GA 30214. I contacted Western Express, the trucking company Mr. Reid had worked for and they could not provide me any forwarding address, nor could I get a date Mr. Reid had quit Western Express. On the two subsequent trips to Fayetteville, GA, I contacted relatives of Mr. Reid and tried to located Mr. Reid's whereabouts. No one could or would tell me where Mr. Reid was located. I am still attempting to locate Mr. Reid through other means, but this will take some time in order to possibly be successful.

_____
Walt Ballen

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal this the 2nd day of November, 2007.

_____
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 27, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

