IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv205-WHA |
| | ) |
| PATRICK REID, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion for Continuance of Time to Serve Defendant Reid (Doc. #48) and the Supplemental Motion for Continuance of Time to Service Defendant Reid (Doc. #49), and for good cause shown, the motions are GRANTED, and it is hereby

ORDERED that the time for the Plaintiff to perfect service of process on Defendant Patrick Reid is extended **to December 3, 2007**.

DONE this 5th day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE