**IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| BIANCA BOYD, et al., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-07-205-A |
| | ) |
| PATRICK REIDAND | ) |
| WESTERN EXPRESS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

<u>**NOTICE OF SERVICE AND REQUEST TO APPROVE SERVICE**</u>

COMES NOW, the Plaintiff, in the above styled cause and represents to this Honorable Court that plaintiff's counsel retained the services of a Mr. Brad Walker to serve defendant Patrick Reid. Defendant Reid was served on the 26th day of November 2007, in person and personally signed a receipt for any and all documents served upon Defendant Reid. Said service was accomplished only after diligent and extensive efforts to search and locate Defendant Reid due to his attempts to avoid personal service. All documents served upon Defendant Reid were properly labeled and captioned with the styled listed above. Said documents served upon Defendant Reid include the complaint, discovery, witness list, exhibit list and a notice of deposition. However, the summons which Defendant Reid signed showing receipt of the complaint which was transferred to Federal Court was improperly labeled with the original State Court caption showing said case was filed in the Circuit Court of Montgomery County, Alabama. (See attached affidavit in support of said notice and request)

**Defense does not object to the service of Defendant Reid being considered proper and effective as of 11-26-07.**

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff would show Defendant Reid has been served with the complaint and placed on proper notice to respond to said complaint. Your plaintiff would request this Honorable Court to approve said service even though the summons has the original caption of the Circuit Court of Montgomery County Alabama.

s/Guy R. Willis (WIL135)
4761 Main Street
P. O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **27th day** of November, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
205)-871-1811

s/Guy R. Willis (WIL135)
Of Counsel

STATE OF ALABAMA)

ELMORE COUNTY)

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Brad Walker, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Brad Walker, and I am over twenty-one (21) years of age and have personal knowledge of the facts as set forth herein.

I am a licensed investigator and have been for two years. My base of operations is Montgomery, Alabama. I was contacted by attorney Guy R. Willis, to function as a process server in order to serve a complaint, discovery, notice of depositions and other documents filed with the Federal Court in Montgomery, Alabama, on Defendant Patrick Reid.

During my search for Defendant Reid I have located and been to three different addresses in Georgia. Said addresses were in the cities of Layfayette, Lithona and Jones Borough. Defendant Reid was located in Jones Borough, GA, and was using an alias name in order to avoid service. Defendant Reid was residing in at Lake View apartment complex, in an apartment which was under the name of Nakeia Allen.

Personal service was obtained on the night of November 26, 2007. Defendant Reid was identified and signed for the service. Throughout the attempts to serve Defendant Reid it was obvious he was attempting to avoid service.

The defendant was served the original complaint that was filed in the Circuit Court of Montgomery, Alabama. Along with the service of the complaint, the defendant was served a witness list, exhibit list, and discovery documents consisting of interrogatories, request for production of document and request for admission and a notice of deposition. The complaint served upon Defendant Reid was the original complaint filed in the Circuit Court of Montgomery Alabama with the State Court caption and all other documents served upon Defendant Reid had the Federal Court caption.


Brad Walker


SWORN TO AND SUBSCRIBED before me and given under my hand and official seal this the 27th day of November, 2007.



Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 27, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS