IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv205-WHA |
| ) | |
| PATRICK REID, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Plaintiff's Notice of Service and Request to Approve Service (Doc. #51), filed on this date, and the Plaintiff representing that the Defendant does not object, and for good cause shown, it is hereby ORDERED as follows:

1. Plaintiff's Request (Motion) is GRANTED, and the court finds the Defendant Patrick Reid to have been served with process as of November 26, 2007.

2. An Answer previously having been filed by counsel for Defendant Reid, subject only to an objection to service, and counsel now having agreed that service has effectively been had on the Defendant, Defendant's Reid's Sixth Defense and Seventh Defense are STRICKEN from the Defendant's Answer.

3. This case will continue to be governed by the Uniform Scheduling Order (Doc. #11), entered on June 4, 2007, unless the parties, for good cause shown, move for changes to be made and file an Amended Report of Parties Planning Meeting incorporating any requested changes **no later than December 11, 2007**.

DONE this 28th day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE