# IN THE DISTRICT COURT OF UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, et al., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-07-205-A |
| | ) |
| PATRICK REIDAND | ) |
| WESTERN EXPRESS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, the Plaintiff, in the above styled cause and represents to this Honorable Court that plaintiff is an individual, not incorporated, owns no business nor is a shareholder in any corporation of any type.  Your plaintiff has no trust nor is a beneficiary of any trust.   Your plaintiff has no ties nor does she know any of the parties to the above styled cause, other than as defendants in this action.

s/Guy R. Willis (WIL135)
4761 Main Street
P. O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

        I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **29th day** of November, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
205)-871-1811

                                              s/Guy R. Willis (WIL135)
                                              Of Counsel