IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BIANCA BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:07-CV-205-A |
| | ) | |
| PATRICK REID, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF WESTERN EXPRESS, INC.**

COMES NOW the defendant, Patrick Reid and pursuant to F.R.C.P. 7.1 makes the following disclosure:

1. Patrick Reid is an individual, not incorporated, owns no business nor is a shareholder in any corporation of any type.

                              s/Patrick R. Norris
                              Patrick R. Norris (NOR049)
                              Attorney for Defendant

OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama  35209-6812
(205) 871-1811

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have this the 12th day of December, 2007, mailed a copy of the foregoing pleading by placing same in the U.S. Mail, properly addressed and postage prepaid, to:

Guy R. Willis
Guy R. Willis & Associates
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054

                s/Patrick R. Norris
                Of Counsel