IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-07-205-A |
| | ) |
| PATRICK REIDAND | ) |
| WESTERN EXPRESS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF STATUS**

COMES NOW, the Plaintiff, in the above styled cause and represents to this Honorable Court the following:

1. Defendant Patrick Reid was served on the 26th day of November 2007.

2. Discovery responses from Patrick Reid have not yet been received and are not due until the 27th day of December 2007.

3. The plaintiff has had to start steroid injections for pain management due to injuries sustained in the accident, which is the basis of the above styled cause.

4. Medical depositions of one of the treating physicians have been obtained but two more will doctors will more than likely have to be deposed.

5. The medical depositions of the doctors will more than likely not be able to be done for at least three more months.

6. The parties have not yet been deposed.

Plaintiff's counsel is merely advising this Honorable Court of the ongoing progress of the above styled cause.

s/Guy R. Willis (WIL135)
4761 Main Street
P. O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

       I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **18th day** of December, **2007**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
205)-871-1811

                                            s/Guy R. Willis (WIL135)
                                            Of Counsel