### IN THE DISTRICT COURT OF UNITED STATES FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:07-cv-205-WHA |
| | ) |
| PATRICK REID, et al., | ) |
| | ) |
|     Defendants. | ) |

### JOINT MOTION TO CONINUE TRIAL DATE

COMES NOW, the Plaintiff, BIANCA BOYD, and would show unto this Honorable Court the following:

1. Discovery was propounded to all Defendant Reid at the time of service of the complaint.

2. Plaintiff has not yet received any of the discoveries propounded to Defendant Reid.

3. Plaintiff's counsel has conferred with defense counsel and defense counsel is in agreement plaintiff's discovery is due.

4. Defense counsel advised plaintiff's counsel Defendant Reid is in the Critical Care Unit at Riverdale, Georgia, and is unable to provide responses to his discovery at this time.

5. Plaintiff has had to commence steroid epidural injections for injuries to her lower back.

6. Plaintiff's counsel has scheduled "pain management specialist" deposition for February 5, 2008, at 6:30 a.m. in the morning in order to procure medical documentation and evidence for presentation at trial.

7. Due to the plaintiff's continue health issues due to her injuries and continue treatment, problems procuring discovery, including depositions of the parties, and health issues with the Defendant Reid, it does not appear the above styled cause can be ready for trial at the current trial date.

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff's counsel and defense counsel would request this Honorable Court to continue the above styled cause to the next trial term. Plaintiff's counsel and defense counsel will keep this Honorable Court apprised of the health of Defendant Reid and Plaintiff Boyd.

> s/Guy R. Willis (WIL135)
> 4761 Main Street
> P. O. Drawer 1227
> Millbrook, AL 36054
> (334) 285-4488
> **ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **23rd day** of January, **2008**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL  35209-6812
205)-871-1811

> s/Guy R. Willis (WIL135)
> Of Counsel