IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv205-WHA |
| ) | |
| PATRICK REID, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Joint Motion to Continue Trial (Doc. #59), the motion is GRANTED, and it is hereby ORDERED as follows:

1. The trial of this case is CONTINUED from the term commencing March 24, 2008, to the term of court commencing August 11, 2008, in Montgomery, Alabama. Pretrial hearing is set for July 2, 2008, at a time to be set by later order.

2. Counsel are DIRECTED to file **no later than February 7, 2008**, an Amended Report of Parties Planning Meeting requesting specific deadline changes consistent with the new trial date.

DONE this 28th day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE