IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-205-WHA |
| ) | |
| PATRICK REID, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF DEFENDANT REID AND TO COMPEL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT REID

COMES NOW, the Plaintiff, BIANCA BOYD, and would show unto this Honorable Court the following:

1. On June 4, 2007, discovery was served upon both defendants consisting of request for production of documents; interrogatories and request for admissions after defense counsel removed the plaintiff's claim to federal court.

2. On February 29, 2008, Mr. Reid provided signed responses to the plaintiff's interrogatories, but no responses to the request for production of documents.

3. Plaintiff's counsel has been in contact with defense counsel and has been diligently attempting to schedule depositions of the parties, specifically the defendant driver.

4. Defendant Reid has been previously scheduled for depositions on the 15th day of February 2008.

5. Plaintiff's counsel was advised Defendant Reid was in poor health and this was the primary reasons for the delay in discovery responses and depositions taking place.

6. Plaintiff's counsel has sent numerous letters to defense counsel requesting depositions of Defendant Reid and requesting an alternate date when the first depositions were cancelled when plaintiff's counsel was informed Defendant Reid would not be present on February 15, 2008, for his deposition. (See attached letters)

7. To date defense counsel has not contacted plaintiff's counsel as agreed to inform plaintiff's counsel of the date and time when Defendant Reid would make himself available for depositions.

8. Your plaintiff needs to depose Defendant Reid in order to properly and fairly prepare her case in chief.

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff would request this Honorable Court to issue an order instructing the Defendant Reid to make himself available for depositions at the plaintiff's attorney's office within the next sixty (60) days. Furthermore, plaintiff's counsel would request this Honorable Court to include in said order an instruction the deposition is to be scheduled within the next fifteen (15) days from the date of this Court's order. Your plaintiff would also request this Honorable Court to include in said order an instruction to respond to the plaintiff's request for production of documents propounded to Defendant Reid within the next fifteen (15) days from the date of this Court's order.

s/Guy R. Willis (WIL135)  
4761 Main Street  
P. O. Drawer 1227  
Millbrook, AL 36054  
(334) 285-4488  
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **4th day** of March, **2008**.

Patrick R. Norris (ASB-3835-S8IP)  
McDaniel, Bains & Norris, P. C.  
Two Metroplex Drive  
Suite 504  
Birmingham, AL   35209-6812  
(205)-871-1811

s/Guy R. Willis (WIL135)  
Of Counsel

January 8, 2008

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL  35209-6812
(205)-871-1811
(205)-871-4511

    Re:    **Claimant:**    **Bianca and JaNya Boyd**
           **Your Insured:**    **Western Express/St. Patrick Reid**
           **Date of Loss:**    **December 29, 2006**
           **Claim Number:**    **TR904290**

Dear Patrick:

    I spoke with your secretary yesterday and she told me she was working on Mr. Reid's discovery responses and would send me unsigned responses. She advised me she would have Mr. Reid send me signed responses when he returns the discovery to your office. Please have this discovery to me shortly.

    I spoke with Tiffany and we have set a tentative date for the deposition of the drivers involved in the accident for February 15, 2008, at 9:30 a.m. They will be at my office. As you know pre-trial is fast approaching and we need to get the parties depositions.

    I am going to schedule Dr. Herrick's deposition. However, I might need to get a continuance because of the ongoing medical treatment of Ms Boyd. I will see you on the 15th of February.

                                               Respectfully yours,

                                               Guy R. Willis

GRW

January 9, 2008

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL  35209-6812
(205)-871-1811
(205)-871-4511

|    | Re:           |                                |
|----|---------------|--------------------------------|
|    | Claimant:     | **Bianca and JaNya Boyd**      |
|    | Your Insured: | **Western Express/St. Patrick Reid** |
|    | Date of Loss: | **December 29, 2006**          |
|    | Claim Number: | **TR904290**                   |

Dear Patrick:

    I spoke with Tiffany today and she told me Mr. Reid was not willing to come to Alabama to give his deposition. He drove his truck in Alabama, the accident happened in Alabama and as such it is my position he has to return to Alabama to give his deposition. If you disagree then let me know and we can get the judge to decide.

    With all the trouble I had serving Mr. Reid and the way he was hiding from service I do not believe I should have to travel to where he is or says he is going to be in order to maybe get his deposition.

    Furthermore, the rules do not allow him to refuse to be deposed and not present himself at my office for deposition. Please get with me on some days for deposition of the drivers by Monday of next week. If I do not hear from you then I will go ahead and file a notice of deposition.

                                              Respectfully yours,

                                              Guy R. Willis

GRW

January 17, 2008


Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL  35209-6812
(205)-871-1811
(205)-871-4511

    **Re:**    **Claimant:**    **Bianca and JaNya Boyd**
             **Your Insured:**    **Western Express/St. Patrick Reid**
             **Date of Loss:**    **December 29, 2006**
             **Claim Number:**    **TR904290**

Dear Patrick:

    The other day Tiffany informed me Mr. Reid was in ICU at some hospital. It was my understanding you would probably be filing a motion to continue based upon his illness and some documentation would be provided as proof of Mr. Reid's hospitalization. If there is not going to be a continuance filed by your office and no documentation to establish Mr. Reid's inability to be present for depositions then please insure Mr. Reid is present for the depositions set for the 15th of February 2008.

    I am going to set depositions for Dr. Katz and get that out of the way.

                                        Respectfully yours,


                                        Guy R. Willis

GRW

February 12, 2008

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL  35209-6812
(205)-871-1811
(205)-871-4511

  Re: **Claimant:**   **Bianca and JaNya Boyd**
    **Your Insured:** **Western Express/St. Patrick Reid**
    **Date of Loss:**  **December 29, 2006**
    **Claim Number:** **TR904290**

Dear Patrick:

  The offers to resolve Ms Hill's claim and Ms Davis' claim are not accepted. I have already stated our position on those claims.

  Also, based upon our conversation this date it appears as if Mr. Reid will not be coming to the deposition of Friday, the 22nd day of February, 2008. I was told he was not in good health. To date I have not been provided any documentation to indicate Mr. Reid was ever in the hospital in ICU or any documentation about what the state of his health is as of February 12, 2008. I also do not have any responses to any discovery propounded Mr. Reid, either signed or unsigned. I do not have any signed responses to interrogatories from Defendant Western. You and I have discussed the discovery issues on numerous occasions over the phone and I have written you at least three times over the past seven months. In the past I have been assured discovery responses would be forth coming.

  I was advised today I would be receiving unsigned responses to Defendant Reid's discovery and that you would check on Defendant Western's responses to interrogatories. If I do not receive signed responses to all discoveries by February 15, 2008, then I will have to file a motion to compel with the court.

  If Mr. Reid cannot be present for depositions on Friday the 22nd, then please provide me some type of medical documentation to show he is actually physically unable to travel for depositions. Provide my office an address and directions to where Mr. Reid lives and if necessary I will travel to his location to secure depositions. However, I will file a motion with the court for cost because it is my position Mr. Reid has to come here for depositions, unless he is physically unable to travel.

  I hope to hear from you by Friday of this week.

                Respectfully yours,

                Guy R. Willis

GRW/tj

February 14, 2008

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811
(205)-871-4511

Re:   Claimant:          Bianca and JaNya Boyd
      Your Insured:      Western Express/St. Patrick Reid
      Date of Loss:      December 29, 2006
      Claim Number:      TR904290

Dear Patrick:

    Per our conversation this date Mr. Reid is not going to be present for depositions on the 15th day of February 2008. I agreed not to file a "motion to compel" depositions based upon the fact we agreed Mr. Reid will make himself available for deposition sometime between the 14th of April and the 18th of April. You will advise of the date within the next ten business days. In the event I do not hear from you then I will have to file a motion to compel the deposition of Mr. Reid.

    Also, it is my understanding you will provide me signed responses to Mr. Reid's interrogatories by the 22nd day of February, 2008. In the event I do not have these signed responses then I will be forced to file a "motion to compel" with the court requesting an order for the signed response.

    It is my understanding that once we have agreed upon a deposition date for Mr. Reid you will not object to my filing for a video deposition being taken of Mr. Reid. If I am incorrect about this agreement then please let me know.

Respectfully yours,

Guy R. Willis

GRW