IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:07-CV-205-WHA-TFM |
| | ) |
| PATRICK REID, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of Plaintiffs' *Motion to Compel Deposition of Defendant Reid and to Compel Responses to Plaintiff's Request for Production of Documents to Defendant Reid* (Doc. #61; March 4, 2008), it is hereby

**ORDERED** that the **Defendants file a response by March 14, 2008** to show any cause why the *Motion* should not be granted.

Done this 4th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE