IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2:07-CV-205-A |
| ) | |
| PATRICK REID, et al. ) | |
| ) | |
| Defendants. ) | |

### RESPONSE TO PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF DEFENDANT REID AND TO COMPEL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT REID

COMES NOW the defendant, Patrick Reid, and respond to the Plaintiff's Motion To Compel Deposition of Defendant Reid and to Compel Responses to Plaintiff's Request for Production of Documents to Defendant Reid (Document Number 61, filed March 4, 2008) as follows:

1. Since the time of the plaintiff's filing of her motion to compel, this defendant has in fact filed a response to the plaintiff's request for production of documents. This defendant is an individual and is no longer employed with defendant Western Express, Inc. This defendant has no documents responsive to the plaintiff's request for production and indicated accordingly in his response.

2. Since the time of the filing of the plaintiff's motion to compel, this defendant has offered to be deposed on April 14, 2008. This date is one of the dates suggested by the attorney for the plaintiff. As of the time of the filing of this response, the undersigned has not received word from the attorney for the plaintiff confirming that he will schedule the deposition of this defendant accordingly but the offer has been made.

3. Until recently, this defendant was unable for health reasons to sit for a deposition and it was

for this reason that this defendant's deposition was continued from its first and only setting.

WHEREFORE, this defendant has responded to the discovery items which are the subject of the plaintiff's motion to compel and this defendant prays therefore that the plaintiff's motion will be declared "MOOT."

s/Patrick R. Norris<br>
Patrick R. Norris<br>
Alabama Bar No. ASB-3835-S81P<br>
Attorney for Defendants

OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
3300 Vestavia Centre
2090 Columbiana Road
Birmingham, Alabama  35216
(205) 871-1811

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on the following attorneys or parties:

Guy R. Willis
Guy R. Willis & Associates
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054

by using ALAFILE, the CM/ECF system, facsimile, hand delivery, and/or by placing a copy of the same in the United States Mail, First Class Postage Prepaid on this 14th day of March, 2008.

s/Patrick R. Norris<br>
Of Counsel