IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BIANCA BOYD,                              )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        CASE NO. 2:07-cv-205-WHA
                                         )
PATRICK REID, *et al.*,                  )
                                         )
                                         )
        Defendants.                      )

## ORDER

Upon consideration of the *Motion to Compel Deposition of Defendant Reid and to Compel Responses to Plaintiff's Request for Production of Documents to Defendant Reid* (Doc. 61, filed March 4, 2008) and Defendant's *Response to Plaintiff's Motion to Compel the Deposition of Defendant Reid and to Compel Responses to Plaintiff's Request for Production of Documents to Defendant Reid* (Doc. 63, filed March 17, 2009), it is

**ORDERED** that the motion (Doc. 61) is **DENIED as moot** without prejudice to reassert.

DONE this 17th day of March, 2008.

                              /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE