IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv205-WHA |
| ) | |
| PATRICK REID, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 4, 2007, a Uniform Scheduling Order (Doc. #11), establishing numerous deadlines, was entered in this case.

On January 28, 2008, the court entered an order (Doc. #60), granting the Motion to Continue Trial, resetting the trial for the term of court commencing August 11, 2008, and setting a pretrial hearing for July 2, 2008. This order also directed counsel to file **no later than February 7, 2008**, an Amended Report of Parties Planning Meeting requesting specific deadline changes consistent with the new trial date. No such Amended Report of Parties Planning Meeting has been filed by the parties as directed. Therefore, it is hereby

ORDERED that all deadlines have passed, pursuant to the outstanding scheduling order. No new deadlines will be set in this case, and the case will be fully controlled by the Uniform Scheduling Order (Doc. #11) now in place, except for the change in pretrial and trial dates, unless the parties comply with the order of the court (Doc. #60) by filing an Amended Report of Parties Planning Meeting requesting specific deadline changes consistent with the new trial date **no later than April 24, 2008**.

DONE this 23rd day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE