**IN THE DISTRICT COURT OF UNITED STATES FOR THE**
**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| BIANCA BOYD, et al., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-07-205-A |
| | ) |
| PATRICK REIDAND | ) |
| WESTERN EXPRESS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

**AMENDED REPORT OF PARTIES' PLANNING MEETING**

1.      Pursuant to Fed. R.Civ.P. 26(f), a meeting of the parties was  held on April 23, 2008, by

conference call:

Guy. R. Willis for the plaintiff; and

Patrick R. Norris for the defendants.

2.      Pre-discovery disclosures:  The parties have exchanged the information required by Fed. R.

 Civ. P. 26(a)(1).

3.      Discovery plan: The parties jointly propose to the Court the following discovery plan:

Discovery needed:  Discovery will be necessary on the issues of liability for the accident

made the basis of the plaintiff's complaint, causation of the plaintiff's alleged injuries, the

facts and circumstances surrounding the accident and events leading up to it, and particularly,

the cause of the events allegedly giving rise to the accident and plaintiff's claims in her

complaint..

Discovery has already commenced and should be completed by not later than July 1, 2008,

with the exception of depositions of experts, including medical experts, being completed

within 10 days from the date such experts report is produced, as set forth below.

Interrogatories and responses have already been filed by both parties.

Requests for admissions have been filed and responded to by both parties.

There will be a maximum number of 10 depositions by the plaintiff and 10 by the defendant.

Reports of retained experts under Rule 26(a) (2) are due:

From the plaintiff by no later than July 5, 2008; and

From the defendant by no later than July 20, 2008,

All supplementation under Rule 26(e) are due within 15 days of the first trial setting.

4.    Other items:

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference be held no or after July 2, 2008.

All potentially dispositive motions shall be filed no later than sixty (6) days prior to the

pretrial conference.

Settlement cannot be evaluated until conclusion of all depositions, expert or otherwise, and

should be properly evaluated by no later than seven (7) days prior to the pretrial conference.

Final list of witnesses and exhibits shall be due from both plaintiff and defendant within 30

days of the first trial setting.

Parties shall have 10 days after service of final lists of witnesses and exhibits to list

objections under Rule 26(a)(3).

This cause should be ready for trial by August 11, 2008 and will take approximately three (3)

to four (4) days to try exclusive of striking of a jury.


s/Guy R. Willis_____
Guy R. Willis (ASB-9533-S72G)
**ATTORNEY FOR PLAINTIFF**

**Of Counsel:**
Guy R. Willis & Associates
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:      (334) 285-4488
Facsimile:      (334) 285-4552


                                        s/Patrick  R. Norris_____
                                        Patrick R. Norris (ASB-3835-S81P)
                                        Attorney for Defendant


**Of Counsel:**
McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama  35209-6812
(205) 871-1811