**IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

BIANCA BOYD,                          )
                                      )
            Plaintiff,                )
                                      )
v.                                    )          CASE NO. 2:07-CV-205-WHA
                                      )
PATRICK REID, et al.,                 )
                                      )
            Defendants.               )

## PLAINTIFF'S FIRST AMENDMENT TO ORIGINAL COMPLAINT

COMES NOW, the Plaintiff, BIANCA BOYD, and would amend paragraph sixteen (16) of her original complaint to read as follows:

16.    Plaintiff alleges that the vehicle driven by Defendant, **PATRICK REID** and owned by Defendant, **WESTERN EXPRESS, INC.,** drove his vehicle into the rear of the vehicle occupied by the plaintiff, causing the plaintiff's vehicle to be pushed forward into a vehicle occupied by a Desmond Vickers.  The accident occurred on the Eastern Boulevard at or near the intersection of the Eastern Boulevard and Woodmere Boulevard in Montgomery County, Alabama.

Your plaintiff would show unto this Honorable Court the original complaint had an incorrect statement of facts as to how the accident occurred.

                              s/Guy R. Willis (WIL135)
                              4761 Main Street
                              P. O. Drawer 1227
                              Millbrook, AL 36054
                              (334) 285-4488
                              **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **1st  day** of May, **2008.**

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

s/Guy R. Willis (WIL135)
Of Counsel