**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 2, 2008

# NOTICE OF DOCKETING ERROR

To:  ALL COUNSEL OF RECORD

Case Style:  Bianca Boyd v. Patrick Reid, et al.

Case Number:  2:07-cv-205-WHA

Docket Entry Number:  72

The above referenced AMENDMENT TO COMPLAINT was filed on 5/1/2008 without leave of the Court. Therefore this pleading is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.

 Please refer to Local Rule 15.1 regarding amended pleadings if your intent is to amend the Complaint in this case.