IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-07-205-A |
| | ) |
| PATRICK REIDAND | ) |
| WESTERN EXPRESS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW, the Plaintiff, in the above styled cause, and request leave of this court to amend her original complaint by simply altering paragraph number sixteen. Your plaintiff would show unto this Honorable Court the amended paragraph merely changes the description of how the accident occurred. Your plaintiff has spoken with defense counsel in person and defense counsel has no objection to the amendment that was filed prematurely nor, does defense counsel need any additional documents to be filed with the amendment.

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff would request this Honorable Court to allow the plaintiff's first amendment already filed with this Honorable Court to stand as is and not have to file another identical amendment nor file a duplicate of all the documents already in possession of defense counsel.

s/Guy R. Willis (WIL135)
4761 Main Street
P. O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **2nd  day** of May, **2008.**

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
205)-871-1811

                                                        s/Guy R. Willis (WIL135)
                                                        Of Counsel