**IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-205-WHA |
| ) | |
| PATRICK REID, et al., ) | |
| ) | |
| Defendants. ) | |

**SECOND JOINT MOTION TO CONINUE TRIAL DATE**

COMES NOW, the Plaintiff, BIANCA BOYD, by and through her attorney of record and would show unto this Honorable Court the following:

1. Trial in the above styled cause is currently set for August 11, 2008.

2. Your plaintiff was able to be deposed on the 2nd day of May 2008.

3. Defense counsel is obtaining dates for the deposition of Defendant Western's employees.

4. Your plaintiff was seen on or about the 12th day of May 2008, by Dr. Patrick Ryan due to continued lower back pain.

5. Your plaintiff had already undergone a series of lower lumbar steroidal injections for pain management.

6. Dr. Patrick Ryan ordered a "facet block" procedure to be done on your plaintiff on the 19th day of May, 2008, which is being performed on this date.

7. Said procedure will enable the treating physicians to be able to determine what surgical procedures would have to be undertaken in order to resolve your plaintiff's lower back pain.

8. Your plaintiff has not and will not reach "maximum medical improvement" by the 11th day of August 2008.

9. Defense counsel has not yet deposed your plaintiff due to the fact she is still undergoing treatment for her injuries due to the accident which is the basis of the above styled cause.

10. Dr. Patrick Ryan is unavailable for deposition until after July 4, 2008, but said deposition would be premature at best due to the plaintiff's ongoing pain management, diagnostic treatment and probable surgical intervention.

11. Both plaintiff's counsel and defense counsel have been aggressively preparing the above styled cause in order to have all aspects ready and prepared for trial by the 11th day of August 2008, however, with your plaintiff's ongoing health care it will not be possible to adequately prepare the above styled cause for presentation to a jury.

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff's counsel and defense counsel would request this Honorable Court to continue the above styled cause to the next trial term. Plaintiff's counsel and defense counsel will keep this Honorable Court apprised of the health of Plaintiff Boyd.

> s/Guy R. Willis (WIL135)
> 4761 Main Street
> P. O. Drawer 1227
> Millbrook, AL 36054
> (334) 285-4488
> **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **19th day** of May, **2008**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
205)-871-1811

                                                                              s/Guy R. Willis (WIL135)
                                                                              Of Counsel