IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv205-WHA |
| ) | |
| PATRICK REID, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Corrected Second Joint Motion to Continue Trial Date (Doc. #78).

For good cause shown, the motion is GRANTED, and it is hereby ORDERED as follows:

1. The trial of this case is CONTINUED from the term of court commencing August 11, 2008, and RESET for the term of court commencing October 27, 2008.

2. Pretrial conference is set for September 25, 2008, at a time to be designated by later order.

3. All deadlines currently set shall remain in full force and effect unless a joint motion for specific date changes is filed **no later than May 29, 2008**.

4. The Second Joint Motion to Continue Trial Date (Doc. #77) is DENIED as moot.

DONE this 19th day of May, 2008.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE