IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, et al., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-07-205-A |
| | ) |
| PATRICK REIDAND | ) |
| WESTERN EXPRESS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

**JOINT MOTION FOR LEAVE TO AMEND DATE CHANGES FOR DISCOVERY AND OTHER RELATED ITEMS**

COMES NOW, the plaintiff and the defendants, by and through their attorneys of record, and would request this Honorable Court to enter a new order setting forth specific deadlines for discovery cut-off and other related items in the above styled cause. Both plaintiff's counsel and defendants' counsel have submitted a new recommended report of cut-off dates, and would request this Honorable Court to enter said report as the cut-off dates for discovery and other related items.

    s/Guy R. Willis (WIL135)
    4761 Main Street
    P. O. Drawer 1227
    Millbrook, AL 36054
    (334) 285-4488
    **ATTORNEY FOR PLAINTIFFS**

    s/Patrick R. Norris_____
    Patrick R. Norris (ASB-3835-S81P)
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **21st day** of May, **2008.**

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811


                                  s/Guy R. Willis (WIL135)
                                  Of Counsel