IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-07-205-A |
| | ) |
| PATRICK REID AND | ) |
| WESTERN EXPRESS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR LEAVE TO AMEND DATE CHANGES FOR DISCOVERY AND OTHER RELATED ITEMS

COMES NOW, the plaintiff and the defendants, by and through their attorneys of record, and would request this Honorable Court to enter a new order setting forth specific deadlines for discovery cut-off and other related items in the above styled cause. Both plaintiff's counsel and defendants' counsel have submitted a new recommended report of cut-off dates, and would request this Honorable Court to enter said report as the cut-off dates for discovery and other related items.

s/Guy R. Willis (WIL135)
4761 Main Street
P. O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
**ATTORNEY FOR PLAINTIFFS**

s/Patrick R. Norris
Patrick R. Norris (ASB-3835-S81P)
Attorney for Defendant

## MOTION GRANTED

SO ORDERED
THIS ___ DAY OF _____, 20__

_____
UNITED STATES DISTRICT JUDGE