IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-07-205-A |
| | ) |
| PATRICK REIDAND | ) |
| WESTERN EXPRESS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF STATUS

COMES NOW, the Plaintiff, in the above styled cause and represents to this Honorable Court the following:

1. Your plaintiff underwent a medical procedure on the 19th of May in an attempt to alleviate pain in her lower back and for diagnostic purposes at the direction of Dr. Patrick Ryan

2. The injections and blocks were unsuccessful.

3. Your plaintiff is currently scheduled to see Dr. Patrick Ryan on the 30th day of July 2008.

4. The 30th of July, 2008, was the first appointment date your plaintiff could obtain to see your plaintiff.

5. The medical deposition of Dr. Patrick Ryan cannot be taken until after the plaintiff's appointment on the 30th day of July 2008.

Plaintiff's counsel is merely advising this Honorable Court of the ongoing progress of the above styled cause.

        s/Guy R. Willis (WIL135)
        4761 Main Street
        P. O. Drawer 1227
        Millbrook, AL 36054
        (334) 285-4488
        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the 10th day of June, 2008.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811
(205)-871-4511

        s/Guy R. Willis (WIL135)
        Of Counsel