### IN THE DISTRICT COURT OF UNITED STATES FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**BIANCA BOYD, et al.**,   §
§
Plaintiff,   §   **CIVIL ACTION NO.:**
§   CV-07-205-A
v.   §
§
PATRICK REID, et al.,   §
§
Defendants.   §

### NOTICE OF VIDEO DEPOSITION FOR TRIAL PURPOSES

TO:   Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811
(205)-871-4511

Please take notice that Plaintiff, **Bianca Boyd**, will take the testimony by oral deposition of Dr**. Patrick Ryan**, located at 1510 Forest Ave., Montgomery, Alabama, in accordance with the Alabama Rules of Civil Procedure, beginning at **10:00 A.M.**, respectively on the **Friday, August 15, 2008**, and will continue until completed.  You are invited to attend and cross-examine.

Deponents are required to bring all documents, memoranda, photographs, writings or tangible things of any kind, which in any way relate to or support the defense of in this cause.

Said deposition will be taken before a court reporter or any other officer duly authorized to take depositions and swear in witnesses in said county and state.

s/Guy R. Willis [WIL135]
**ATTORNEY FOR PLAINTIFF**

**Of Counsel:**
**Guy R. Willis & Associates**
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:   (334) 285-4488
Facsimile:   (334) 285-4552

## CERTIFICATE OF SERVICE

      I hereby certify that copies copy of the foregoing have been served upon the following by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the 25th day of June, 2008**.**

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811
(205)-871-4511

Mrs. Sherri Stillings
Stillings Reporting
Post Office Box 680134
Prattville, Alabama 36068-0134

Mr. John Harris
Executive Video Productions
Post Office Box 680306
Prattville, AL   36068

                                                 s/Guy R Willis [WIL135]
                                                 Of Counsel