IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-205-WHA |
| ) | |
| PATRICK REID, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
REQUESTED IN SECOND REQUEST FOR PRODUCTION TO DEFENDANT REID**

COMES NOW, the Plaintiff, BIANCA BOYD, and would show unto this Honorable Court the following:

1. On May 11, 2008, your plaintiff requested Defendant Reid to produce documents pertaining to Defendant Reid's work status in the United States at the time of the accident and the present time. (See attached request)

2. On June 17, 2008, your plaintiff sent a letter to the defense attorney requesting the defendant to produce the documents requested within the next ten (10) days or plaintiff's counsel would be forced to file a motion to compel the production of said documents.

3. As of June 27, 2008, Defendant Reid has not responded to the documents requested.

4. The documents requested are required by Defendant Reid in order to be working legally within the US.

5. The documents requested by your plaintiff are required by the FMCSR in order for the Defendant to be working legally for Defendant Western.

6.  The documents requested by the plaintiff are necessary in order for your plaintiff to equitably present her case in chief to the jury in the above styled cause.

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff would request this Honorable Court to issue an order instructing the defendants to not only provide a responses to the plaintiff's request for production of documents, but to produce copies of any and all documents requested and in the event Defendant Reid does not have said documents to state as such in the responses

>s/Guy R. Willis (WIL135)
>4761 Main Street
>P. O. Drawer 1227
>Millbrook, AL 36054
>(334) 285-4488
>**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **27th day** of June, **2008**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

>s/Guy R. Willis (WIL135)
>Of Counsel

# GUY RODNEY WILLIS & ASSOCIATES
### Attorneys and Counselors at Law

Guy R. Willis
Steven P. Floyd

P.O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
(334) 365-1965
Fax (334) 285-4552

June 17, 2008

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
2090 Columbiana Road
Suite 3300
Birmingham AL 35216
(205)-871-1811
(205)-871-4511

Re:  Claimant:       Bianca and JaNya Boyd
     Your Insured:   Western Express/St. Patrick Reid
     Date of Loss:   December 29, 2006
     Claim Number:   TR904290

Dear Patrick:

It has now been over thirty (30) days since the second request for production of documents was sent to your office. I would ask that you please provide me responses to the request for production of documents within the next (10) days or I will have to file a motion to compel the production with the court. I would prefer to not have to do this.

I am also asking you to please provide me dates for depositions with the Western employees.

Please call if you have any questions.

Respectfully yours,

Guy R. Willis

GRW

IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BIANCA BOYD, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO.: CV-2007-205-A |
| v. | § § | |
| PATRICK REID, et al., | § § § | |
| Defendants. | § | |

## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT REID

Plaintiffs, BIANCA BOYD, request that Defendant, PATRICK REID, produces at the offices of Guy R. Willis, Attorney at Law, 4761 Main Street, Millbrook, Alabama, and permit said attorney, in their behalf, to inspect and copy each and all of the following documents:

1. Your U.S. Visa papers

2. Your passport documents

3. All documents, if any, showing where you have applied to become a U.S. Citizen.

4. Any and all type of visa documents with your name attached

5. Any and all documents showing you are a legal resident of the United States.

6. Any and all documents showing where, when and how you applied to gain entrance into the United States.

7. Any and all documents showing what lawyer, if any, you used in order to enter the United States and/or remain in the United States.


ATTORNEY FOR PLAINTIFF

Of Counsel:
Guy R. Willis & Associates
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:    (334) 285-4488
Facsimile:    (334) 285-4552

### CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the 11th day of May, 2008.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811


Of Counsel