IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD,                )     |   |
|                             )     |   |
|     Plaintiff ,             )     |   |
|                             )     |   |
| v.                          )     | 2:07-CV-205-WHA-TFM |
|                             )     |   |
| PATRICK REID, *et al.*,     )     |   |
|                             )     |   |
|                             )     |   |
|     Defendants.             )     |   |

# ORDER

Upon consideration of Plaintiffs' *Motion to Compel Production of Documents Requested in Second Request for Production to Defendant Reid* (Doc. #87; June 27, 2008), it is hereby

**ORDERED** that **Defendant Reid file a response by July 7, 2008** to show any cause why the *Motion* should not be granted.

Done this 27th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE