IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **BIANCA BOYD,** § | |
| § | |
| Plaintiff, § | **CASE NO. 2:07-CV-205-WHA** |
| § | |
| v. § | |
| § | |
| PATRICK REID **et al.,** § | |
| § | |
| Defendants. § | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTIONS TO PLAINTIFF'S SECOND MOTION TO COMPEL DOCUMENTS AND PRODUCTION OF DOCUMENTS

COMES NOW, the Plaintiff, in the above styled cause and would show unto this Honorable Court the following:

1. Defense counsel for Defendant Reid has objected to each and every request your plaintiff has requested on her Second Request for Production of Documents.

2. Said documents are relevant to the issues in the above styled cause.

3. Your plaintiff has retained an expert in the area of the FMCSR and said documents requested are relevant to the issues in the above styled cause. (See attached affidavit with supporting documents)

4. Your plaintiff is entitled to said documents.

5. Certain copies of said documents come from the "list of documents acceptable documents" (see attached list of acceptable documents).

6. Copies of acceptable documents are also to be kept on file with the Defendant Western.

7. Copies said documents are to be provided by Defendant Reid with the exception of the I-90 form, but said form is to be signed by Defendant Reid. (see copy of attached I-90 form)

8. Your plaintiff is in need of said documents in order to equitably present her case in chief against all defendants to the jury in the above styled cause.

WHEREFORE THESE PREMISES CONSIDERED, your plaintiff would request this Honorable Court to issue an order instructing Defendant Reid provide responses other than objections to the plaintiff's "second request for production of documents", but to produce copies of any and all documents requested and in the event Defendant Reid does not have said documents to state as such in the responses.

s/ Guy R. Willis [WIL135]
**ATTORNEY FOR PLAINTIFF**

**Of Counsel:**
**Guy R. Willis & Associates**
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:     (334) 285-4488
Facsimile:      (334) 285-4552

**CERTIFICATE OF SERVICE**

      I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **30th day** of June, **2008**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

                                            s/ Guy R. Willis [WIL135]
                                            Of Counsel

STATE OF ALABAMA)

ELMORE COUNTY)

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Paul Dillard, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Paul Dillard, and I am over twenty-one (21) years of age and have personal knowledge of the facts as set forth herein.

I am attaching my Curriculum Vitae as part of this affidavit and incorporated herein as if set forth in full. In addition to the experience and qualifications listed on the Curriculum Vitae I have also been admitted as an expert witness in State Court in Alabama in Jefferson County, Dallas County and Federal Court in Alabama. I have also been admitted as an expert in San Antonio, Texas.

The documents regarding the requirements for verifying the authorization to work in the United States is handled through the Homeland Security as part of the Immigration Reform and Control Act. There is a Form I-9 Employment Eligibility Verification, which the motor carrier should have on file. See the attached copy of Form I-9, Employment Eligibility Verification incorporated into this affidavit as if set forth in full. There is also a "lists of acceptable documents" which the motor carrier should have a copy of one or all on file for an employee who is working in the United States on a work visa. See the attached "lists of acceptable documents" attached to this affidavit and incorporated into said affidavit as if set forth in full.

The motor carrier should have copies of these forms on file for an employee who working in the United States on a work visa.

_____
Paul Dillard

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal this the 24th day of June, 2008.

_____
Notary Public
Alabama
Shelby

NOTARY PUBLIC
ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES
10-8-08



Phone: (205)329-8182
Fax: (205)408-3995
pdillard@jptsc.com

P. O. Box 382105 • Birmingham, AL 35238-2105

Street Address
5208 Parkside Circle
Birmingham, AL 35242

## Curriculum Vitae

## of

## Jon P. (Paul) Dillard, CDS

### EDUCATION

Bachelor of Science in Business Administration
Auburn University, Auburn, Alabama
Transportation and Physical Distribution Major

### WORK EXPERIENCE

**JP Transportation Safety Consulting, LLC**                March 2004 to present

**Motor Carrier Safety Consulting, Inc.**                December 1998 to March 2004

#### Safety Consultant

Consult with companies of all types and sizes that operate commercial motor vehicles, as well as shippers and carriers of hazardous materials, with respect to compliance with Title 49, The Code of Federal Regulations Parts 171-180 & 301-399 (Federal Motor Carrier Hazardous Materials and Safety Regulations) as enforced by the U.S. Department of Transportation, Federal Highway Administration, Office of Motor Carriers, and adopted by the States.

Work in all areas of management and operations, with special emphasis on the development of effective safety management controls. Establish programs designed to improve company safety fitness and to reduce highway accidents through compliance, education and training.

**Builders Transport, Inc.**                November 1997 to November 1998

#### Vice President of Safety

Successful implementation of an effective safety program consisting of structured safety campaigns, driver management training, and driver training, resulting in a thirty percent reduction in accident frequency and log compliance violations.

# JPTSC, LLC

**Builders Transport, Inc. (cont'd)**

Responsibilities also included the management of all first reporting of auto liability claims and investigation, drug and alcohol testing, regulatory and company policies and procedures of corrective action.

Established and monitored a driver tracking program on all over-the-road State inspections to identify patterns of violations and develop corrective action plans. Developed various safety awareness publications including daily safety briefs to both drivers and driver management. Effective incentive programs were created including structured safety, operations, and training bonuses resulting in reduced claims.

**Burlington Motor Carriers, Inc.**                              May 1993 to November 1997

### Vice President of Safety and Claims

Promoted to Vice President of Safety and Claims in 1996 overseeing 6 terminals operating 2,600 power units involving in excess of 2,800 employees. Supervised safety and compliance staff of 23 employees with responsibilities of all State, local, and federal governmental agencies.

Established safety and compliance qualifications, driver disciplinary and hiring standards, loss prevention and training programs.. Duties include managing all activities regarding personnel, driver relations, logs, hazardous materials, OSHA and DOT regulations resulting in satisfactory audits and reduced vehicle accidents, cargo claims, and personal injuries. A reduction in excess of fifty percent in maintenance related injuries was achieved through the application and promotion of a workers' compensation training/bonus program.

Administered departmental training procedures on safety, compliance, and company policies including driver selection, hours of service, and safety communication. Created a structured driver orientation with instructors manual, driver handbook, and a hazardous material training reference guide.

The installation of safety recognition and accident reduction programs including Hook-On-To-Safety flyers, quarterly safety news letters, weekly driver safety letters, driver rating system, and daily safety awareness schedules for driver management produced consistent safety communication throughout the organization. Conducted field compliance surveys and training programs with maintenance personnel, management of operations, and drivers to prevent and/or reduce over-the-road accidents and work related injuries.

# JPTSC, LLC

**Burlington Motor Carriers, Inc.**                    January 1992 to May 1993

### Corporate Director of Claims

Responsible for the fair settlement of claims to both the company and the general public. Duties also included the generation of various claims analysis with operations and marketing departments to reduce frequency and severity of claims. Worked directly with insurance carrier and third party administrator to lower both workers' compensation and auto liability claims.

Produced statistical analysis reports for tracking, forecasting, and budgeting purposes on vehicular accidents and cargo claims. Conducted accident investigation, reconstruction analysis with marketing and sales departments identifying contributing factors with various shipments.

**Wingate Taylor Maid Transportation**                    February 1990 to January 1992

### Director of Safety

Developed, implemented, and monitored safety and compliance programs according to State, local, and federal governing agencies including company policies and procedures. Conducted training seminars and DOT compliance audits identifying patterns of violations and instructing viable solutions.

Activated new driver qualifications and guidelines for operating an over-the-road driver training program including a structured Train-The-Trainer program producing quality and consistent instruction.

Conducted Motor Carrier Highway Fuel/Mileage Taxes for 48 States and Canada. Successfully handled numerous State audits resulting in satisfactory filings.

**Wingate Taylor Maid Transportation**                    June 1988 to February 1990

### Safety Compliance Coordinator

Conducted driver training courses for employment orientation and individual instruction. Evaluated driver performance based upon vehicular accidents, personal injuries, cargo claims, and compliance with State and federal regulations. Developed tracking programs regarding driver and equipment inspections with proposed corrective action. Assisted with development of new training aids and program changes in existing curriculum for student drivers.

# JPTSC, LLC

## ADDITIONAL EMPLOYMENT

Turf Maintenance Corporation        June (1978 - 1984)    August (1978 - 1984)
Dothan, AL

Supervisor

Assisted with the planting, growing, and grooming of turf-grass and ornamental plants on a resort golf course. Specific tasks included the application of various fertilizers, herbicides, and pesticides. Annual over-seeding, top dressing, aerifying, and vertical cutting of greens and tees were scheduled and completed.

Operated and performed routine inspections and repairs on large and small industrial equipment associated with grounds maintenance. Types of equipment trained and operated included front-end loaders, forklifts, farm tractors/trailers, dump trucks, gang mowers, welding machinery, and off road transport vehicles.

Promoted in 1983 to Landscape Coordinator responsible for the design and implementation of irrigation installations, commercial and residential landscaping. Managed the cultivation and grading of landscape properties for the application of grass sod, seed, or sprig and placement of selected plants and trees.

Olympia Spa Resorts, Inc.                                October 1984 - August 1985
Dothan, AL
                    Accounting Office Assistant

Managed membership computer filings, account receivables, payables, and office payroll for a hotel/golf resort. Improved office efficiency through organized inventory control and purchase programming on golf merchandise, restaurant food selections, hotel supplies and services.

A customer representative position was previously held performing nightly accounting audits, recording reservations, balancing cash, and credit card billing. Bank deposits and account transfers were managed on a daily basis according to revenues received by separately billed hotel, golf, and restaurant sales.

## ASSOCIATIONS

| | |
|---|---|
| 2008 - present | Alabama Concrete Industries Association |
| 2005 - present | North American Transportation Management Institute |
| 2004 - present | Alabama Trucking Association |
| 2004 - present | National Safety Council |
| 1997 - 1998 | South Carolina Motor Trucking Association |
| 1996 - 1997 | Project Director - Indiana Trucking Association Safety Forum |
| 1994 - 1997 | Indiana Motor Trucking Association |
| 1990 - 1993 | Georgia Motor Trucking Association |
| 1988 - 1990 | American Trucking Association |

4

# JPTSC, LLC

## CONTINUING EDUCATION & CERTIFICATIONS

Certified Director of Safety - North American Transportation Management Institute

Defensive Driving Instructor - Georgia Safety Council

Coaching the Lift Truck Operator - Instructor National Safety Council

National Safety Council Congress & Expo - National Safety Council

Managing Motor Fleet Safety Programs - NATMI

International Truck & Bus Safety & Security Symposium - National Safety Council

Supervisors' Development Program - National Safety Council

Motor Fleet Safety Training - NATMI

Loss Control and Claims Management - Alabama Trucking Association

Highway Watch Training Program - Homeland Security / ATA

Motor Fleet Safety Supervisor Training - American Trucking Association

DOT and OSHA Compliance and Regulations Training - J.J. Keller & Associates

Federal Motor Carrier Safety Regulations Training - Motor Carrier Safety Consulting

Hazardous Material Training Course - Government Services Institute

Hazard Communication - American Trucking Association

Hazardous Materials Training Course - JJ Keller, Visionary Solutions

Emergency Response Training - Burlington Motor Carriers, Visionary Solutions

Alcohol and Drug Supervisor Training - Medical Review Services

Transportation Workplace Drug & Alcohol Programs - National Safety Council

Quality Management Training - Burlington Motor Carriers

Train-The-Trainer Instructor - American Trucking Association

Chemical Manufacturing Association Protocol Audit Training - Dupont

Total Quality Management Training - Proctor and Gamble

# JPTSC, LLC

## SPEAKING ENGAGEMENTS

2008  American Society of Safety Engineers, "Federal and State Adopted Regulations in Alabama," Birmingham, AL

2007  Alabama Governor's Safety and Health Conference, "DOT Regulations in Alabama," Orange Beach, AL

2007  Alabama Fleet Safety & Compliance Conference, "Vehicle Maintenance Program," Pelham, AL

2007  Alabama Trucking Association, "Commercial Driver Qualifications," Montgomery, AL

2007  Alabama Trucking Association, "Federal and State Record Keeping Requirements," Birmingham, AL

2006  Lorman Education Services, "Trucking Litigation and DOT Regulations in Alabama," Birmingham, AL

2006  National Safety Council, "Motor Carrier Fleet Safety", Pelham, AL

2005  Lorman Education Services, "Trucking Litigation and DOT Regulations in Alabama," Birmingham, AL

2005  Alabama Trucking Association, "Regulatory Changes with Commercial Driver's License," Birmingham, AL

2004  Lorman Education Services, "Trucking Litigation and DOT Regulations in Alabama," Birmingham, AL

2003  Lorman Education Services, "Trucking Litigation and DOT Regulations in Alabama," Birmingham, AL

2002  Lorman Education Services, "Trucking Litigation and DOT Regulations in Alabama," Birmingham, AL

OMB No. 1615-0047; Expires 06/30/08

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-9, Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because the documents have a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Address (Street Name and Number) | | Apt. # | Date of Birth (month/day/year) |
| City | State | Zip Code | Social Security # |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☐ A citizen or national of the United States
☐ A lawful permanent resident (Alien #) A _____
☐ An alien authorized to work until _____
(Alien # or Admission #)

Employee's Signature _____ Date (month/day/year) _____

**Preparer and/or Translator Certification.** *(To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.*

| Preparer's/Translator's Signature | Print Name |
|---|---|
| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | _____ | | _____ |
| Issuing authority: _____ | | _____ | | _____ |
| Document #: _____ | | _____ | | _____ |
| Expiration Date (if any): _____ | | _____ | | _____ |
| Document #: _____ | | | | |
| Expiration Date (if any): _____ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) _____ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| Business or Organization Name and Address (Street Name and Number, City, State, Zip Code) | | Date (month/day/year) |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of Rehire (month/day/year) (if applicable) |
|---|---|

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: _____ | Document #: _____ | Expiration Date (if any): _____ |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|

Form I-9 (Rev. 06/05/07) N

## LISTS OF ACCEPTABLE DOCUMENTS

| LIST A | LIST B | LIST C |
|---|---|---|
| Documents that Establish Both Identity and Employment Eligibility | Documents that Establish Identity | Documents that Establish Employment Eligibility |
| OR | | AND |
| 1. U.S. Passport (unexpired or expired) | 1. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color and address | 1. U.S. Social Security card issued by the Social Security Administration (other than a card stating it is not valid for employment) |
| 2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | 2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color and address | 2. Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350) |
| 3. An unexpired foreign passport with a temporary I-551 stamp | 3. School ID card with a photograph | 3. Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal |
| 4. An unexpired Employment Authorization Document that contains a photograph (Form I-766, I-688, I-688A, I-688B) | 4. Voter's registration card | 4. Native American tribal document |
| | 5. U.S. Military card or draft record | 5. U.S. Citizen ID Card (Form I-197) |
| 5. An unexpired foreign passport with an unexpired Arrival-Departure Record, Form I-94, bearing the same name as the passport and containing an endorsement of the alien's nonimmigrant status, if that status authorizes the alien to work for the employer | 6. Military dependent's ID card | 6. ID Card for use of Resident Citizen in the United States (Form I-179) |
| | 7. U.S. Coast Guard Merchant Mariner Card | |
| | 8. Native American tribal document | 7. Unexpired employment authorization document issued by DHS (other than those listed under List A) |
| | 9. Driver's license issued by a Canadian government authority | |
| | For persons under age 18 who are unable to present a document listed above: | |
| | 10. School record or report card | |
| | 11. Clinic, doctor or hospital record | |
| | 12. Day-care or nursery school record | |

**Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274)**

Form I-9 (Rev. 06/05/07) N Page 2