IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BIANCA BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:07-CV-205-A |
| | ) | |
| PATRICK REID, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## MOTION TO COMPEL

COMES NOW the defendant, Patrick Reid, in the above cause and responds to the Plaintiff's

Motion To Compel (Document Number 87) as follows:

1.      This defendant responded to the Plaintiff's Second Request For Production of

Documents by filing objections to same on June 27, 2008. This date was within the time frame of

the plaintiff's "10 day letter" on discovery generated on June 17, 2008.

2.      Since the filing of this defendant's objections, defendant Western Express, Inc.

(Reid's employer) has produced some of the requested documents by way of its response to the

Second Request For Production of Documents propounded upon it.

3.      The parties have reached a tentative agreement on all remaining requests which are

the subject of the Motion to Compel but additional time is needed to research certain Homeland

Security issues and potentially produce additional documents.

4.      The parties therefore request that this Court hold the plaintiff's Motion to Compel

for an additional fourteen (14) days before ruling on same so as to allow the parties the additional

necessary time to resolve this discovery issue between themselves. The parties will report back to

the Court at the end of that time to advise the Court whether any further Court action is required on

the motion.

      5.      The plaintiff consents to the defendant's request.

      WHEREFORE, the Defendant Patrick Reid respectfully requests that this Court hold the Plaintiff's Motion to Compel (document number 87) in abeyance for fourteen days to give the parties time to resolve finally all issues which are the subject of the motion. The parties will report back to the Court on the fourteenth day from the date of this Court's order to advise the Court whether further action is needed on the motion.

      s/Patrick R. Norris
      Patrick R. Norris
      Alabama Bar No. ASB-3835-S81P
      Attorney for Defendants

OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.Two Metroplex Drive
Suite 504
Birmingham, Alabama  35209-6812
(205) 871-1811

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing on the following attorneys or parties:

Guy R. Willis
Guy R. Willis & Associates
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054

by using ALAFILE, the CM/ECF system, facsimile, hand delivery, and/or by placing a copy of the same in the United States Mail, First Class Postage Prepaid on this 7th day of July, 2007.

      s/Patrick R. Norris
      Of Counsel