IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BIANCA BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:07-CV-205-WHA-TFM |
| | ) | |
| PATRICK REID, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Upon consideration of Defendant's representations to the Court that the Plaintiff's *Motion to Compel Production of Documents Requested in Second Request for Production to Defendant Reid* (Doc. #87; June 27, 2008), may be mooted by the tentative agreement between Plaintiff and Defendant Reid, and his request for an additional fourteen (14) days to resolve the discovery issues raised by Plaintiff, it is hereby

**ORDERED** that **the *Motion to Compel* (Doc. #87) be held in abeyance until July 23, 2008,** at which time the Plaintiff and Defendant Reid shall report on the need for further action by the Court.

Done this 9th day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE