IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **BIANCA BOYD, et al.,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. CV-07-205-A** |
| | ) |
| **PATRICK REIDAND** | ) |
| **WESTERN EXPRESS, INC., et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## MOTION TO COMPEL DISCOVERY

COMES NOW, the Plaintiff, in the above styled cause and represents to this Honorable Court an issue of discovery developed concerning the plaintiff's "second request for production of documents" concerning Defendant Reid's legal status and legal work status at the time of the accident which is the basis of the above styled cause, and would show unto this Honorable Court the following:

1. Defense counsel and plaintiff's counsel reached an agreement on the 28th of July, 2008, whereby Defendant Reid would provide a complete copy of Defendant Reid's residence card and/or work visa that was in effect at the time of the accident.

2. Said agreement is to provide documentation to verify Defendant Reid's legal and work status in the United States at the time of the accident, which is the basis of the above styled cause.

3. Defense counsel would provide a copy of the documentation within ten (10) days from the 28th of July, 2008.

4. In the event a copy of said documentation could not be provided then defense counsel would provide a supplemental response to plaintiff's discovery stating the requested documents cannot be produced.

5. As of the 7th day of August 2008, plaintiff's counsel had not yet received a copy of the documents agreed upon by defense counsel to be provided.

WHEREFORE THESED PREMISES CONSIDERED, your plaintiff would request this Honorable Court to issue an order instructing the defendant to produce a copy of the his work visa and/or permanent residence card that was in effect at the time of the accident which is the basis of the above styled cause.

        s/Guy R. Willis (WIL135)
        4761 Main Street
        P. O. Drawer 1227
        Millbrook, AL 36054
        (334) 285-4488
        **ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **7th day** of August, **2008**.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

        s/Guy R. Willis (WIL135)
        Of Counsel