IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, | ) |
| | ) |
| Plaintiff , | ) |
| | ) |
| v. | )   2:07-CV-205-WHA-TFM |
| | ) |
| PATRICK REID, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of Plaintiffs' *Motion to Compel Production of Documents Requested in Second Request for Production to Defendant Reid* (Doc. #87; June 27, 2008), and *Motion to Compel Discovery* (Doc. #93; August 7, 2008) it is hereby

**ORDERED** that the parties appear on **Thursday, September 4, at 10:30 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, for argument on the pending motions.

Done this 26th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE