### IN THE DISTRICT COURT OF UNITED STATES FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-205-WHA |
| ) | |
| PATRICK REID, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO WITHDRAW MOTION TO COMPEL PRODUCTION OF DOCUMENTS REQUESTED IN SECOND REQUEST FOR PRODUCTION TO DEFENDANT REID AND MOTION TO WITHDRAW MOTION TO COMPEL DISCOVERY

COMES NOW, the Plaintiff, BIANCA BOYD, in the above styled cause and would hereby withdraw the two motions filed to require defendant Reid to comply with discovery requests and production requests.  Both the plaintiffs and defendants counsel have reached an agreement concerning the plaintiffs discovery and production requests.  Defendants counsel has provided responses to plaintiff's discovery which satisfies plaintiff's discovery requests and production requests at this time based upon the agreement reached by defendants counsel and plaintiffs counsel.

WHEREFORE, THESE PREMISES CONSIDERED, your plaintiff withdraws their Motion to Compel Production of Documents Requested and Motion to Compel Discovery.

                                          s/Guy R. Willis [WIL135]
                                          **ATTORNEY FOR PLAINTIFF**

**Of Counsel:**
Guy R. Willis & Associates
Post Office Drawer 1227
Millbrook, Alabama 36054
Telephone:    (334) 285-4488
Facsimile:    (334) 285-4552

**CERTIFICATE OF SERVICE**

        I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the **3rd day** of September, 2008.

Patrick R. Norris (ASB-3835-S8IP)
McDaniel, Bains & Norris, P. C.
Two Metroplex Drive
Suite 504
Birmingham, AL   35209-6812
(205)-871-1811

                                            s/Guy R. Willis (WIL135)
                                            Of Counsel