IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2:07-CV-205-A |
| ) | |
| PATRICK REID, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO CONTINUE**

COME NOW the defendants, Western Express, Inc. and Patrick Reid, in the above cause, and move this Honorable Court to continue the trial of this case currently set for the week of October 27, 2008 and as grounds therefore state as follows:

1. The Plaintiff in this case is claiming a low back injury from the motor vehicle accident giving rise to this case. Over the course of this case the Plaintiff has been receiving conservative treatment for her back awaiting an evaluation from her treating neurosurgeon on whether she would require surgery or other future treatment. The Plaintiff had not reached MMI and her treatment had not progressed to the point where her treating physicians could opine as to her future prognosis and/or possible impairment. As such, the time for these Defendants to depose the Plaintiff effectively was not ripe and discovery to that extent was delayed and said deposition is scheduled to be taken on September 23, 2008.

2. As was reported to this Honorable Court previously, the Plaintiff was scheduled to meet with her treating neurosurgeon, Dr. Patrick Ryan, on July 30, 2008. That visit did in fact occur. Since that time, Dr. Ryan has been deposed and he has opined as to the Plaintiff's prognosis, treatment and impairment. This deposition took place just recently on August 15, 2008. The Plaintiff

had previously deposed her other treating physicians on her conservative care and therefore has this portion of discovery complete.

3. With the deposition of Dr. Ryan now complete, and as a result of the Plaintiff's medical picture being clarified, the Defendants may now meaningfully depose the Plaintiff. A tentative date in this regard has been set. The Defendants will need time thereafter, depending upon her testimony, to pursue further necessary discovery, including but not limited to an IME. These Defendants will need time to retain medical experts in any event to refute the testimony of the Plaintiff's treating physicians, including Dr. Ryan. Prior to Dr. Ryan's deposition, these Defendants could not plan ahead in this regard. This additional work cannot reasonably be completed prior to the October 27, 2008 trial date.

4. The Plaintiff and Defendants have been otherwise aggressively preparing this case for trial. Exhaustive paper discovery has been undertaken. The deposition of Defendant Patrick Reid has been completed. Tentative dates are set for the depositions of Defendant Western Express, Inc.'s corporate representatives. The parties have worked diligently to keep this case moving but additional time is required for these Defendants to adequately prepare. With the question of the Plaintiff's prognosis being settled from the Plaintiff's perspective, the Defendants are now equipped to move forward in this regard.

5. The Plaintiff has no objection to a continuance.

WHEREFORE, the Defendants respectfully request that this Honorable Court continue the trial of this case to allow the Defendants the opportunity to conduct further discovery as outlined above so that they may adequately prepare for trial. This case will be ready for trial by early 2009.

s/Patrick R. Norris
Patrick R. Norris
Alabama Bar No. ASB-3835-S81P

                                                              Attorney for Defendants

OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama  35209-6812
(205) 871-1811

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing on the following attorneys or parties:

Guy R. Willis
Guy R. Willis & Associates
4761 Main Street
Post Office Drawer 1227
Millbrook, Alabama 36054

by using ALAFILE, the CM/ECF system, facsimile, hand delivery, and/or by placing a copy of the same in the United States Mail, First Class Postage Prepaid on this 4th day of September, 2008.

                                                       s/Patrick R. Norris
                                                       Of Counsel