IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BIANCA BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:07-CV-205-WHA-TFM |
| | ) |
| PATRICK REID, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of Plaintiffs' *Motion to Withdraw* (Doc. #96, filed September 3, 2008) his previously filed *Motion to Compel Production of Documents Requested in Second Request for Production to Defendant Reid* (Doc. #87; June 27, 2008), and *Motion to Compel Discovery* (Doc. #93; August 7, 2008) it is hereby

**ORDERED** that the *Motion* be **GRANTED**, and the hearing currently set for Thursday, September 4, at 10:30 a.m. in this matter be cancelled.

Done this 4th day of September, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE