IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BIANCA BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:07cv205-WHA |
| | ) | (WO) |
| PATRICK REID, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on Defendants' Motion to Continue (Doc. #97), filed on September 4, 2008. Defense counsel represents in the motion that the Plaintiff has no objection to the continuance. Therefore, and for good cause shown, it is hereby ORDERED as follows:

1. The trial of this case currently scheduled for October 27, 2008, is CONTINUED and RESCHEDULED for the term of court commencing March 16, 2009, in Montgomery, Alabama.

2. This case is set for pretrial hearing on February 9, 2009, at a time to be set by later order.

3. The parties are DIRECTED to file an Amended Report of Parties Planning Meeting requesting deadlines consistent with the new pretrial and trial dates **on or before September 29, 2008**.

DONE this 8th day of September, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE